# EXHIBIT 1

# DECLARATION AND EXHIBITS OF

# TIFFANY B. KUNKLE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                    **Plaintiff,**<br><br>          **v.**<br><br>**MICHAEL J. FRENCH, MJF HOLDINGS, LLC and MJF CAPITAL, LLC,**<br><br>               **Defendants, and**<br><br>**208 SEARS STREET, LLC, 211 CROOKED CEDAR WAY, LLC, 302 KEITHWOOD DRIVE, LLC, 313 SLIDING ROCK DRIVE, LLC, 52 RIVERMONT ROAD, LLC, ALLY'S FARM, LLC, and DUGOUT ENTERPRISES, LLC,**<br><br>               **Relief Defendants.** | **Civil Action File No.** |

## DECLARATION OF TIFFANY B. KUNKLE

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.      My name is Tiffany B. Kunkle.  I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.      I am a Certified Public Accountant in the State of Georgia and am employed as a Staff Accountant in the Enforcement Division of the United States Securities and Exchange Commission ("Commission").  I have over twenty years of experience as an accountant.

3.      This Declaration is based upon my personal review of the following financial records, including monthly account statements, cancelled checks, deposit records, and wire details for the accounts listed below:

| Financial Institution | Account No. | Account Name | Start Date | End Date |
|---|---|---|---|---|
| JP Morgan Chase Bank, N.A. | xxxxx9110 | MJF Capital, LLC | February 25, 2019 | October 31, 2022 |
| JP Morgan Chase Bank, N.A. | xxxxx0298 | MJF Capital, LLC | July 1, 2020 | October 31, 2022 |
| JP Morgan Chase Bank, N.A. | xxxxx2158 | MJF Holdings, LLC | April 30, 2020 | October 31, 2022 |
| JP Morgan Chase Bank, N.A. | xxxxx3670 | MJF Holdings, LLC | May 21, 2021 | October 31, 2022 |
| JP Morgan Chase Bank, N.A. | xxxxx6595 | Bandbox Homes, LLC | June 10, 2021 | October 31, 2022 |
| JP Morgan Chase Bank, N.A. | xxxxx8658 | Dugout Capital, LLC | May 17, 2021 | October 31, 2022 |
| JP Morgan Chase Bank, N.A. | xxxxx0910 | Dugout Cashflow, LLC | May 17, 2021 | October 31, 2022 |
| JP Morgan Chase Bank, N.A. | xxxxx1872 | Dugout Enterprises, LLC | May 6, 2021 | October 31, 2022 |
| JP Morgan Chase Bank, N.A. | xxxxx5216 | Dugout Solutions, LLC | May 17, 2021 | October 31, 2022 |
| JP Morgan Chase Bank, N.A. - Ink Business Premier Credit Card | xxxxxxxx6362 xxxxxxxx9448 | MJF Capital, LLC / Michael French | August 8, 2022 | February 1, 2023 |

4.  The Commission obtained all of the financial account information detailed in paragraph 3 above from the listed financial institutions.

5.  For all of the accounts identified in paragraph 3, Michael French is listed as an authorized signer on the account.  For purposes of this declaration, I will refer to the accounts identified in paragraph 3 as the "French accounts."

6.  Based on my review of the French accounts, I have concluded that Mr. French used funds he received from investment clients to make wire transfers to pay interest and principal to other investment clients and to pay for his personal expenses.

7.      I see no evidence that any of the funds Mr. French received from investment clients were used to provide loans to commercial businesses or that any revenue from loans to third parties were deposited into these accounts.

8.      The primary source of funds deposited into the French accounts came from investors in MJF Holdings, LLC.  Specifically, individuals whose assets were custodied at Provident Trust Group or American Estate & Trust transferred funds from their accounts to the French accounts.

9.      Between March 2019 and October 2022, a total of $24,255,802 was deposited in the French accounts.  Of that $24,255,802 deposited in those accounts, $20,588,220 were deposits made by investors.  The total amount of investor funds deposited into the French accounts during the period March 2019 through October 2022 represented 84.9% of the total amounts deposited.

10.     The total amount of money transferred out of the French account from March 2019 through October 2022 was $22,361,793.  Of the money transferred out of these accounts, $7,364,767, representing 32.9% of the amount transferred out, was used to make interest and principal payments to investors in MJF Holdings, LLC.  The remainder of the funds transferred out of the French bank accounts were used for personal property purchases, automobile purchases, credit card payments, and cash withdrawals, as well as business expenses such as payroll and rent.

11.     As of October 2022, the French accounts had a balance of $357,078.

12.     Based on my review of the French account records, I have verified that there were more than 400 investors from multiple states.

13.     Based on my review of the French account records, I have concluded that Mr.

French used money he received from his investment clients to purchase real estate for his

personal use, as well as to make various renovations and upgrades to his house.  On June 8,

2021, Mr. French wired $241,844.25 from the JPMC account ending x9110 to purchase property

located at 211 Crooked Cedar Way, Pendleton SC 29670.  This property is the personal

residence of Mr. French.  From June 2021 through October 2022, Mr. French spent over

$140,000 of investor money to renovate, upgrade, and furnish his personal residence.  A chart

reflecting those expenditures is set forth below:

| Date | Account | Check Amount | Detailed Description | Merchant/Business Associated with the Transaction |
|---|---|---|---|---|
| 6/24/2021 | JPMC account ending x1872 | 1,600.00 | 211 PAINTING | ARTURO VICENTE |
| 7/21/2021 | JPMC account ending x1872 | 820.00 | 211 BACKSPLASH | KNOWLWOOD CUSTOMS |
| 10/14/2021 | JPMC account ending x1872 | 18,789.90 | 211 | DG BUILDERS |
| 10/18/2021 | JPMC account ending x1872 | 625.00 | 211 CROOKED CEDAR WAY SWING DOOR | GLASS DRIPS |
| 10/22/2021 | JPMC account ending x1872 | 1,175.81 | LAUNDRY ROOM - 211 | CAROLINA CLOSETS |
| 11/12/2021 | JPMC account ending x1872 | 200.00 | 211 LANDSCAPER | MYCAH CAUDLE |
| 12/8/2021 | JPMC account ending x1872 | 9,920.84 | 211 HOT TUB | HOT SPRINGS |
| 12/10/2021 | JPMC account ending x1872 | 12,269.10 | 211 FINAL | DG BUILDERS |
| 12/13/2021 | JPMC account ending x1872 | 2,436.65 | 211 CLOSET INSTALL | CAROLINA CLOSETS |
| 1/21/2022 | JPMC account ending x1872 | 1,012.50 | 211 DESIGN DOWN PAYMENT | LIZ TEW INTERIORS |
| 3/3/2022 | JPMC account ending x1872 | 1,000.00 | 211 HOA | MEEHAN FALLS HOA |
| 3/10/2022 | JPMC account ending x1872 | 31,234.64 | 211 FURNISHINGS | LIZ TEW INTERIORS |
| 3/22/2022 | JPMC account ending x1872 | 1,012.50 | 211 FURNISHINGS | LIZ TEW INTERIORS |

| 3/30/2022 | JPMC account ending x1872 | 10,121.34 | 211 LANDSCAPING DEPOSIT | ALL OUTDOORS LLC |
|---|---|---|---|---|
| 4/19/2022 | JPMC account ending x1872 | 1,400.00 | ELECTRICAL WORK 211 CROOKED CEDAR | SIMPLY ELECTRICAL |
| 5/27/2022 | JPMC account ending x1872 | 6,000.00 | 211 CROOKED CEDAR BATH REMODEL | KARL PETERS |
| 6/2/2022 | JPMC account ending x1872 | 5,890.00 | 211 MASTER BATH FINAL INVOICE | KARL PETERS |
| 7/20/2022 | JPMC account ending x1872 | 10,121.34 | 211 2ND DEPOSIT | ALL OUTDOORS LLC |
| 8/15/2022 | JPMC account ending x1872 | 20,242.69 | 211 CROOKED CEDAR LANDSCAPE | ALL PRO TURF |
| 8/29/2022 | JPMC account ending x1872 | 5,608.70 | 211 SCREENED PORCH TURF | ALL OUTDOORS LLC |
| 10/14/2022 | JPMC account ending x1872 | 2,015.47 | 211 SECURITY SYSTEM | AIM INTEGRATORS, INC |
| | | **143,496.48** | | |

14.     Based on my review of the French account records, I have concluded that Mr. French used money he received from his investment clients to purchase real estate for his parents. On September 9, 2021, Mr. French wired $257,459.69 from the JPMC account ending x1872 to purchase property located at 313 Sliding Rock, Pendleton SC 29670.  This property is the personal residence of Mr. French's parents.

15.     Based on my review of the French account records, I have concluded that Mr. French used investor funds to purchase additional real estate properties. On November 16, 2020, Mr. French wired $199,269.14 from the JPMC account ending x9110 to Camferdam Law Firm for the purchase of 101 Cumberland Avenue, Greenville, SC 29607.

16.     On August 2, 2021, Mr. French wired $42,939.90 from the JPMC account ending x1872 to American Title Solutions for the purchase of 917 Shoshone Avenue, Akron, OH 44305.

17.     On September 7, 2021, Mr. French wired $198,247.89 from the JPMC account ending x1872 to Guest & Brady LLC Real Estate Trust Account for the purchase of 52 Rivermont Road, Cleveland, SC 29635.

18.     On October 13, 2021, Mr. French wired $43,912.18 from the JPMC account ending x1872 to Camferdam Law Firm for the purchase of 900 Central Road, Pendleton, SC 29670.

19.     On February 2, 2022, Mr. French wired $498,331.40 from the JPMC account ending x1872 to Camferdam Law Firm for the purchase of 351 Welborn Drive, Pendleton, SC 29670.

20.     On February 25, 2022, Mr. French wired $225,890.64 from the JPMC account ending x1872 to Camferdam Law Firm for the purchase of 302 Keithwood Drive, Anderson, SC 29621.

21.     On March 22, 2022, Mr. French wired $78,838.83 from the JPMC account ending x1872 to Camferdam Law Firm for the purchase of 208 Sears Street, Anderson, SC 29621.

22.     Based on my review of the French account records, I have concluded that Mr. French used investor funds to purchase automobiles.  On June 21, 2021, French wrote a check from the JPMC Account ending x9110 to Audi of Greenville for $12,000 with the memo line "Q8 Down payment".  On December 3, 2021, a wire was sent from the same to Audi Financial for $65,145.75.

23.     On June 28, 2021, French wrote a check from the JPMC Account ending x9110 to Toyota of Greenville for $33,087.50 with the memo line "Camry 2021".

24.     On July 19, 2021, French wrote a check from the JPMC Account ending x9110 to Fairway Ford with the memo line "F450 Downpayment".  On December 2, 2021 a wire was sent from the JPMC Account ending x9110 to Ford Motor Credit for $65,402.53.

25.     On March 29, 2022, French wrote a check from the JPMC Account ending x9110 to Toyota of Greenville $50,673.50 with the memo line "4 Runner."

26.     On April 14, 2022, French wired $60,000 from the JPMC Account ending x9110 to Sin Exotic with a memo line of "Lincoln Purchase".

27.     Mr. French paid a payroll processing company, Gusto, a total of $1,565,410.81 from July 2020 through October 2022 from the JPMC account x9110.  I reviewed the detailed payroll records provided by the company.  Mr. French used investor funds to pay Mary Wickiser a total of $25,292.27 during 2022 as an employee of MJF Capital, LLC as his personal chef with the title of "Wellness Manager". Mr. French used investor funds to pay Holly Hanlon a total of $23,630.72 during 2022 as an employee of MJF Capital, LLC with the title of "Personal Assistant".

28.     Mr. French wired $100,000 on January 19, 2022 to Dorman Trading, LLC from the JPMC account x9110.  Dorman Trading, LLC provides commodities, derivatives, and equities electronic and online trading services.

29.     Mr. French wired $100,000 on January 19, 2022 to Ninja Trader Clearing, LLC from the JPMC account x9110. Ninja Trader Clearing, LLC provides software and brokerage services for active futures traders.

30.     Between March 2021 and September 2022, Mr. French made cash withdrawals totaling $185,000 from the JPMC account x9110.

31.     Mr. French paid Quest Education, LLC $1,360,002 from June 2020 through October 2022 from the MJF Holdings, LLC accounts ending x3670 and x2158.

32.      Mr. French paid Blake Harris Law $25,000 on December 31, 2022 and $1,500 on January 24, 2023 using his JPMC credit card ending x9448.  The description of the Blake Harris Firm according to their website is an "Asset Protection Firm Dedicated to Protecting your Assets. Let us Protect your Assets from Lawsuits."

33.     During the course of the Commission's investigation in this matter, the staff of the Commission served numerous subpoenas on various entities and individuals that we believed might have documents relevant to our investigation.

34.     Attached as Exhibits A, B, D and E to this declaration are true and correct copies of documents produced to the Commissions by Jennifer Wakefield pursuant to a subpoena.  Ms. Wakefield worked for French and MJF Capital from January 2021 until December 2022.

35.     Attached as Exhibit C to this declaration is a document that was provided to us by an individual who invested in the MJF Holdings offering.  Exhibit C is a true and correct copy of a document that the individual received from Defendants during the period she was invested in MJF Holdings.

36.     Attached as Exhibit F to this declaration is a transcript of a video that was provided to the staff by Jennifer Wakefield pursuant to a subpoena.

37.     Attached as Exhibit G to this declaration is a copy of a December 14, 2022 subpoena that the staff of the Commission sent to French notifying French that the Commission was investigating his activities.

38.     On February 28, 2023, Mr. French was arrested in Fort Myers, Florida and charged with several charged with several crimes, including aggravated stalking, intimidation,

and tampering with a witness in our investigation.  Attached as Exhibit H to this declaration is a true and correct copy of the Fort Myers police department booking report.

39.     Attached as Exhibit I to this declaration is a true and correct copy of Michael French's Application for Criminal Indigent Status filed on March 2, 2023.

40.     I reviewed the EDGAR company information on SEC.GOV and found that no registration statement has ever been filed with the Commission with respect to MJF Holdings' promissory notes.

41.     Attached as Exhibit J to this declaration is a true and correct copy of MJF Holdings, LLC's Form D *Notice of Exempt Offering of Securities* filed on May 14, 2020.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Dated:  March 29, 2023                         *Tiffany B. Kunkle*
                                               Tiffany B. Kunkle



Investment Follow Up:

Just to follow up, the investment that I currently have available for Quest clients is:

A $10,000 minimum investment with $500 increments above that for 12 months at 12% interest.

There is a 90-day extension in the paperwork for Quest clients, and if this investment did push to 15 months total, you would end up receiving an extra interest payment, so your money was still working for you during that grace period.

$500 increments means the investment needs to round off at a 500 or 1000 dollar mark examples: ($10,000, $13,500, $37,500, etc.)

The investment is in the commercial lending space and we are working to protect investor's funds by focusing on the following sectors: medical, long-term elder care, commercial construction, grocery, and trucking.

We are lending in micro amounts through a process called syndication where if the lenders are doing a $10,000 loan, we may place $500 into that loan and earn at the same rate of return as the lender.

This opportunity is available because my primary business is a risk management and underwriting company for business lenders where they hire us to dive deeper into the loans they are considering to determine if their business can support the loan financially.

We look at approximately 800-1000 loans a week and participate in approximately 20-50 of them on the investment side.

We do not assign investor money to specific loans and say "if this loan goes bad, then investor X is out their money." That wouldn't be fair to our investors and to be honest, that would be impossible to track.

We have had this running for 4 years prior to offering it to Quest clients and have a net rate of return, after our default rate, of 24% which is why we are offering 12% to investors and hoping to make 12% ourselves as well.

EXHIBIT
A

In the event of a higher default rate than normal, that would cut into our 12% rate of return prior to impacting investors returns.

This provides a nice layer of protection for investors, because that means I would need to lose 50% of my total revenue before it would impact investors returns.

Example: If we make 20% annualized, instead of 24%, you get 12%, and we make 8%.

Just so you know, the largest decline in revenue we have seen the entire time this fund has been available is 3% and that was during the peak of the COVID shut down, but our returns went right back to normal in 60-90 days when businesses opened back up.

You will receive interest-only payments every 90 days and then your final payment at the end of the 12 months would be the final interest payment and the initial investment amount.

Example: $10,000 pays $1,200 total interest, therefore, payments would be $300, $300, $300, $300 quarterly and then the $10,000 would be returned at the same time of the final interest payment.

If you have any questions please feel free to email me or you can text/call me at 864-918-0001.

Additionally, our website can be found at mjfcapital.com but we are not able to publicly market this investment, so there is limited information on there regarding this investment vehicle.

As a reminder, the business you will be investing with is MJF Holdings which is a Nevada based LLC and my primary company is MJF Capital which is a South Carolina based Corporation.

Thank you!

MJF

# WHO IS MJF CAPITAL?


**an independent investment fund**


**an education resource for your
retirement account**

**Custodian**
**the trust company that maintains your
retirement account**

## HOW TO INVEST WITH MJF

- $10,000 minimum investment at a 12% rate of return for a period of 12 months.

- $500 increments above $10,000

- You will receive interest only payments every quarter. Your final payment will come at the end of the 12 months with the initial investment amount.

## FLOW OF MONEY

Client confirms the investment

MJF requests paperwork from Custodian

Paperwork is sent to client

Signed paperwork is returned to MJF

Custodian processes paperwork

MJF pays out interest and principal to Custodian

## HOW WE GROW YOUR INVESTMENT

- Focus on commercial lending space

- We lend in micro amounts through a process called syndication. If the lenders are doing a $10,000 loan, we may place $500 into that loan and earn the same rate of return as the lender

## ABOUT THE FUND & RISKS

- This fund was running for 4 years prior to opening it to clients with a net rate for return, after our default rate of 24%. This allows us to offer a fixed rate of return at 12% to investors. We hope to make 12% ourselves.

- In the event of a higher default rate than normal, that would cut into our 12% return before cutting into yours.

**Contact Us:**
clientsupport@mjfcapital.com
P.O Box 840
Pendleton, SC 29670

**EXHIBIT
B**

As a reminder, the business you will be investing with is MJF Holdings which is a Nevada based LLC and our primary company is MJF Capital which is a Greenville, SC based corporation.



# MJF CAPITAL

## ANNUAL NEWSLETTER

DECEMBER 2021 · ISSUE 1 · VOLUME 1



mind over money

## INTRODUCTION

Happy Holidays to our MJF family!

It has been an exciting year for us. We have set records regarding growth and performance this year.

With growth comes change so we wanted to take a moment to keep our MJF Holdings family informed.

## BRANDING NEWS

We are excited to announce a new look and feel of MJF and its subsidiaries. As you know, MJF Holdings is a subsidiary of MJF Capital, specifically for investors, to avoid commingling funds with our personal funds.

Moving forward you will see all communication and branding from MJF Capital. This doesn't change anything on your end, its simply part of our growth process that we are excited to unveil in 2022. For branding, MJF Capital is MJF Holdings.

EXHIBIT
C



So if we can't help you, we may know some one who can.

- Second, We Do The Right Thing! We understand that life happens and we want to know what's going on with you! We empower our team to make the best decisions to support our clients. If something changes in your life and we can help, please let us know!

- Third, We Embrace the Process Of Learning! We embrace the process of learning and know that we have to be ready to pivot and move as the world and economy moves so we have a dedicated team proactively researching, learning and projecting possible changes.

## CORE VALUES

Our Core Values are why we do what we do and we wanted to share them with you.

- First, We Care About People. We are committed to you and are here to help you through any problems. If you are having any issues or questions whether it be related to your investment or any other financial questions, we want you to reach out to us. You are a part of our family and we have trusted resources in all areas of the financial world.

## PERFORMANCE

Even though it seems crazy out there in the economy, we are business as usual and plan to keep it that way. We continue to maintain our normal rates of return. Our team is constantly projecting possible hiccups in the economy and planning ahead. This has become the personal focus of MJF.

We are confident in the continued and consistent performance of MJF! We continue to play small ball and not swing for home runs!

# THE MJF TEAM:
## FINANCIAL PLANNING/EDUCATION



**Jennifer**
Financial Anaylyst
Primary point of contact
(864) 756-1561



**Michael**
Fund Manager
Secondary point of contact
(864) 918-0001

### CHANGES TO CONTACT INFORMATION

NEW Mailing Address:
P.O. Box 840
Pendleton, SC 29670

The OLD P.O. Box will be active until April

Our Primary Office phone number is (864) 918-0001. It is monitored during normal business hours Monday-Friday(EST)

## CLIENT SUPPORT



**Connie**
Overall Support
clientsupport@mjfcapital.com
(864) 202-6514



**Jordan**
Paperwork and Scheduling Support
clientsupport@mjf capital.com
(864) 202-6514



**Jess**
Marketing and Paperwork Management Support j



**Laurel**
Bookkeeping, Account Support

We wanted to take a minute to thank Annie Edwards for everything she has done for MJF Capital and MJF Holdings as a company in addition to all the support she provided you as a client. Annie has gone on to pursue other endeavors and we wish her the best.

## Hello and welcome to MJF Holdings! Here's a little info about us and what we do...

The investment that we currently have available for Quest clients is a $10,000 minimum investment at a 12% rate of return for a period of 12 months. There is a possible 90-day extension, but if that were to happen, we would let you know beforehand and your money would keep working for you during that time and earn an additional interest payment.





We accept $500 increments above $10,000, which just means that any number has to round off at either a 500 or 1000 mark just to keep the math simple. For example, $10,000; $10,500; $13,500; $37,000 are all acceptable investment amounts.

The investment is in the commercial lending space and we are working to protect our investor's funds by focusing on the following sectors: medical, long-term elder care, commercial construction, grocery, and trucking/transportation. To keep away from risky situations, we keep our investor's funds in "essential-type" businesses rather than "leisure" businesses. In other words, businesses that would not be impacted by another serge of COVID-19 or other world event.



We lend in micro amounts through a process called syndication where if the lenders are doing a $10,000 loan, we may place $500 into that load to earn the same rate of return as the lender. This opportunity is available because our primary business is a risk management underwriting company for business lenders where they hire us to dive deeper into the loans they are considering to determine if their business can support the loan financially.



**EXHIBIT D**

We look at approximately 800-1000 loans a week and participate in approximately 20-50 of them on the investment side. We do not assign investor money to specific loans and say "if this loan goes bad, then investor X is out their money." That wouldn't be fair to our investors and to be honest, that would be impossible to track.



In the event of a higher default rate than normal, that would cut into our 12% return rather than cutting into yours. This means that we would need to lose 50% of our total revenue before a default would impact our investors' returns. For example, if we make 20% annualized, instead of 24%, you still make 12% and we make 8%. This provides a layer of protection for our investors funds and an added layer of responsibility on us to keep the funds earning.





We have had this running for 4 years prior to offering it to Quest clients and have a net rate of return, after our default rate, of $24% which is why we are offering a fixed rate of return at 12% to investors and hoping to make 12% ourselves.



Just so you know, the largest decline in revenue we have seen the entire time this fund has been available is only 3% and that was during the peak of the COVID-19 lockdown. Our returns went right back to normal within 60-90 days when businesses opened back up!





If you decide to invest, you will receive interest-only payments every 90 days and then your final payment will come at the end of the 12 months along with the initial investment amount. For example, $10,000 pays a total of $1,200 annually, therefore, payments would be $300, $300, and $300, quarterly and then $300+ $10,000 at the last payment date.

As a reminder, the business you will be investing with is MJF Holdings which is a Nevada based LLC and our primary company is MJF Capital which is a Greenville, SC based corporation.



**Now, sit back, relax and enjoy fee-free, passive income...**



Feel free to reach out to our team at french@mjfcapital.com or through Quest Education.

Our website is mjfcapital.com.

If you'd rather get to us through the phone, feel free to call or text 864-202-6514

**MJF Holdings Pitch**

**Who is MJF Holdings?**

MJF Holdings is a division of MJF Capital and is a specific entity built exclusively for Quest clients

MJF Holdings was created out of a need in the commercial lending space

MJF is a subsidiary of MJF Capital which used to sell commercial lending products, but due to a high default rate they decided to solve a problem in the space

MJF Capital went from selling commercial loans to underwrite commercial loans on a fractional basis

Now MJF Capital underwrites for 70 different lenders and reviews over 1000 loans a week

As a result of us underwriting those loans we have developed relationships with many of the lenders and they allow us to invest into the loans

So MJF Holdings is exclusive for Quest clients simply so we aren't co-mingling company funds with investor funds

**Why MJF Holdings**

We are not a typical investment company

First of all, we do not charge you any fees whatsoever

The only way we get paid is if we perform at a rate higher than what we are paying our investors

We believe in fee free investing

Additionally, MJF Holdings is a professional underwriting company so we are deeply involved in the financial assessment of these commercial loans

Sometimes lenders follow our guidelines, sometimes they don't; but the deals we find that we REALLY like, we deploy our own funds into as well as investor funds if it meets our investment criteria

We are more strict with investor money vs our own money and we have the following guidelines in place regarding investor money

EXHIBIT
E

We do not invest in high risk industries like restaurants, entertainment, travel, or other industries we consider "leisure expenses" by consumers

However, we do have enough deal flow to invest into deals under essential type business models

What we call essential is something that we do not personally believe would be impacted by another surge of Corona or other catastrophic events

We gauge industries failure rates and how long and what revenue a business needs to hit to get past its typical failure rate and only invest if companies have surpassed that criteria

Also from a risk management standpoint, we take a mutual fund type approach to our investing and invest very small amounts into a lot of loans rather than large amounts into a single loan or deal and hope it is going to perform over a long period of time

As a result of this, this is a pooled investment and we do not assign investors to specific deals

First of all, it would be very difficult to track who is in what deal just because of the large amount of deals we are in

But also, we don't want to assign people to specific deals and if those companies decide not to pay their bills, we don't want to have to notify an individual investor that they lost their money while other investors are still making money on their investment

So as a result of that, we guarantee the investors a fixed rate of return and the only way we make money is if we earn on top of that return which gives us an extra layer of responsibility to your funds

**How is the investment structured?**

Investors are issued a promissory note for 12 months with up to a 3 month extension with the maximum length of the investment lasting 15 months total

The 3 month extension is mostly to time the investment to make sure it lasts over a year to assure investors would not be potentially impacted by short term capital gains taxes

While your investment is under management you are locked into a fixed rate of return of 12%

We typically have a $10,000 minimum investment starting point, so we use that number to breakdown the math

A $10,000 investment at a return of 12% would earn $1200 over the year

We pay our investors quarterly interest only disbursements back into their account so that means a $10,000 investment earning at a 12% fixed interest rate would earn $300 on a quarterly basis for the duration of the investment

At the end of the investment, your principal will be returned with your final interest payment

At MJF Capital and Holdings we believe investors should get their principal returned to them approximately every year simply because life can happen and people may need access to those funds

**Other key points**

Once someone has started their initial investment of a $10,000 minimum, they are allowed to do reinvestments at the minimum amount of $5000

Investments are accepted in $500 increments and we do not have a maximum investment amount. All investments at all levels are welcome as long as they end with a 500 or a 1000 in the investment amount simply to keep the math easy

If you are investing out of a retirement account, all of your funds will be distributed in and out of that retirement account

**Wrap up**

So to wrap up, we use a mutual fund mentality to diversify our risk within the commercial lending space and pay investors a 12% return over a 12-15 month time period and we do not assign investors to specific loans. We simply facilitate the investments on your behalf and we do not charge you any kind of fees at all and only make money if we earn at a rate above the 12% fixed rate

If you are ready to move forward, the process is simple. You notify MJF Holdings of the amount you would like to start the investment with, then we request some paperwork on your behalf from your custodian, we then email or mail the documents out to you, someone in our office will also call or text you to let you know documents were sent out, and once we receive the completed documents back we will get your investment started f

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:          )
                           )  File No. A-04041-A
MJF HOLDINGS, LLC          )

SUBJECT:  SEC-A-04041-E-0004265.mp4
PAGES:    1 through 8

AUDIO TRANSCRIPTION

Diversified Reporting Services, Inc.
(202)467-9200

EXHIBIT
F

```
 1              P R O C E E D I N G S
 2              SEC-A-04041-E-0004265.mp4
 3         FEMALE PRESENTER 1:  So, you're interested in
 4    investing with us.  Well, you may be asking yourself,
 5    who is MJF Holdings?  MJF Holdings is a division of MJF
 6    Capital, and is a specific entity built to solve a need
 7    in the commercial lending space.
 8              MJF Capital went from selling commercial loans
 9    to underwriting commercial loans on a fractional basis.
10    Now, MJF Capital underwrites for 70 different lenders,
11    and reviews over 1,000 loans a week.  As a result of
12    underwriting those loans, we have developed
13    relationships with many of the lenders, and they allow
14    us to invest into the loans that match our criteria.
15              FEMALE PRESENTER 2:  MJF Holdings ensures that
16    we aren't commingling company funds with investor funds.
17    So why MJF holdings?
18              FEMALE PRESENTER 1:  Well, we're not your
19    typical investment company.  First of all, we do not
20    charge you any fees whatsoever.  The only way we get
21    paid is if we perform at a rate higher than what we are
22    paying our investors, because we believe in fee-free
23    investing.
24              FEMALE PRESENTER 2:  Additionally, MJF
25    Holdings is a professional underwriting company.  So we
```

1  are deeply involved in the financial assessment of these

2  loans.  Sometimes lenders follow our guidelines, and

3  sometimes they don't.  But the deals we find that we

4  really like, we deploy our own funds into, as well as

5  investor funds, if it meets our investment criteria.

6          We are more strict with investor money versus

7  our own money, and we have the following guidelines in

8  place regarding investor money.

9          FEMALE PRESENTER 1:  We do not invest in high

10  risk industries like restaurants, entertainment, travel,

11  or other industries we consider leisure expenses by

12  consumers.

13          However, we do have enough deal-flow to invest

14  into deals under essential-type business models.

15          FEMALE PRESENTER 2:  What we call essential is

16  something that we do not believe would be impacted by

17  another surge of, say, COVID-19 or other catastrophic

18  events.

19          FEMALE PRESENTER 1:  Exactly.  We gauge

20  industry's failure rates by how long they have been in

21  business and what their annual revenue is.  We use

22  algorithms per industry to tell us what particular

23  businesses are likely to succeed or fail.  Then we only

24  invest in companies that meet our underwriting criteria

25  for investment funds.

Page 4

1          Also, from a risk management standpoint, we

2   take a mutual fund type approach to our investing, and

3   we deploy small amounts into a lot of loans, rather than

4   large amounts into a single loan, and then hope it is

5   going to perform over a long period of time.

6          FEMALE PRESENTER 2:  As a result, your

7   investment goes into a pooled fund, meaning that we do

8   not assign investors to specific deals.

9          First of all, it would be very difficult to

10  track who is in what deal, just because of the large

11  amount of deals we're in.  But also, we don't want to

12  assign people to specific deals, because if those

13  companies decide not to pay their bills, we don't want

14  to have to notify an individual investor that they lost

15  their money, while other investors are still making

16  money on their investments.

17         For that reason, we guarantee the investors a

18  fixed rate of return.  And the only way we make our

19  money is if we earn on top of that fixed rate, which

20  gives us an extra layer of responsibility to your funds.

21         FEMALE PRESENTER 1:  The investment is

22  structured like this.  Investors are issued a promissory

23  note for 12 months with a possible three month

24  extension.  So the longest it could last would be 15

25  months.  The three month extension is mostly to time the

1  investment to make sure it lasts over a year, to assure
2  that our investors will not be impacted by short-term
3  capital gains taxes.  While your investment is under
4  management, you are locked into a 12 percent fixed rate
5  of return.
6            We typically have a $10,000 minimum investment
7  starting point.
8            FEMALE PRESENTER 2:  So let's break down the
9  math.  A $10,000 investment at a return of 12 percent
10 would earn $1200 over the year.  We pay our investors
11 quarterly interest-only disbursements back into their
12 accounts.  So that means a $10,000 investment earning at
13 a 12 percent fixed interest rate would earn $300 on a
14 quarterly basis for the duration of the investment.
15           At the end of the investment, the principal
16 will be returned with the final interest payment.
17           At MJF Capital and Holdings, we believe
18 investors should get their principal returned to them
19 approximately every year, simply because life can happen
20 and people may need access to those funds.
21           FEMALE PRESENTER 1:  Once someone has started
22 their initial investment of a $10,000 minimum, they are
23 allowed to do reinvestments at the minimum of $5,000.
24 Investments are accepted at $500 increments, and we do
25 not have a maximum investment amount.  We require that

Page 6

1   investments end with a $500 or $1000 just to keep the
2   math easy.
3           For example, a $10,000 or a $10,500 would be
4   acceptable investments.  If you are investing out of
5   retirement account, all of your interest payments and
6   principal will be distributed in and out of that
7   retirement account.  And if you invest with cash, we
8   send the payments directly to you.
9           FEMALE PRESENTER 2:  So to wrap up, we use a
10  mutual fund mentality to diversify our risk within the
11  commercial lending space, and pay investors a 12 percent
12  return over a 12 to 15 month time period.  And we do not
13  assign investors to specific loans.  We simply
14  facilitate the investments on your behalf and we do not
15  charge you any kind of fees at all.  Plus, we only make
16  money if we earn at a rate above the 12 percent fixed
17  interest rate.
18          If you're ready to move forward, the process
19  is simple.  You just notify MJF Holdings of the amount
20  you would like to start the investment with.  We then
21  request paperwork on your behalf from your custodian.
22  The documents will either be emailed or mailed to you,
23  and someone in our office will call or text you to let
24  you know the documents are on their way.
25          Once we receive the completed documents back

1    from you, we will get your investment started.

2              FEMALE PRESENTER 1:  That's pretty easy,

3    right?  Everyone likes passive income.  How much do you

4    want to earn this year?

5              (End of recording.)

6                    *  *  *  *  *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                        Page 8
 1                  TRANSCRIBER'S CERTIFICATE

 2

 3     I, Christine Boyce, hereby certify that the foregoing

 4     transcript is a complete, true and accurate

 5     transcription of all matters contained on

 6     the recorded proceedings in the Matter of

 7     MJF HOLDINGS, LLC

 8     435221-A

 9

10

11     _____

12     Transcriber  2/16/2023

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
950 EAST PACES FERRY ROAD, N.E., SUITE 900
ATLANTA, GA 30326-1382

ATLANTA
REGIONAL OFFICE

December 14, 2022

**Via UPS**

Mr. Michael J. French

Pendleton, SC

Re:   **In the Matter of MJF Holdings, LLC  (A-04041)**

Dear Mr. French:

The staff of the Atlanta Regional Office of the United States Securities and Exchange Commission is conducting an investigation in the matter identified above.  The enclosed subpoena has been issued to you as part of this investigation.  The subpoena requires you to give sworn testimony.

Please read the subpoena and this letter carefully.  This letter answers some questions you may have about the subpoena.  You should also read the enclosed SEC Form 1662.  If you do not comply with this subpoena, the SEC may bring an action in Federal Court to enforce this subpoena.  Failure to comply with a court order enforcing this subpoena may result in the court imposing a fine, imprisonment, or both.

*Where and when do I testify?*

The subpoena requires you to testify under oath in the matter identified on the subpoena.  Your testimony will be taken by audio-visual teleconference means, using the Webex internet platform.  You will be given access to the testimony session through a Webex invite which will be sent from SEC counsel, Grant Mogan, to you.

A background questionnaire is also enclosed.  During your testimony, the staff intends to ask background questions concerning, among other things, your residences, telephone numbers, education and employment.  To expedite that part of the testimony, we request that you complete the enclosed questionnaire on a voluntary basis and provide it to the staff prior to your testimony.

**Other Important Information**

*May I have a lawyer help me respond to the subpoena?*

EXHIBIT
G

Yes.  You have the right to consult with and be represented by your own lawyer in this matter. Your lawyer may also advise and accompany you when you testify. We cannot give you legal advice.

*What will the Commission do with the testimony I provide?*

The enclosed SEC Form 1662 explains how we may use the information you provide to the Commission.  This form also has other important information for you. Please read it carefully.

*Has the Commission determined that anyone has done anything wrong?*

This investigation is a non-public, fact-finding inquiry.  We are trying to determine whether there have been any violations of the federal securities laws.  The investigation and the subpoena do not mean that we have concluded that you or anyone else has violated the law.  Also, the investigation does not mean that we have a negative opinion of any person, entity or security.

*Important Policy Concerning Settlements*

Please note that, in any matter in which enforcement action is ultimately deemed to be warranted, the Division of Enforcement will not recommend any settlement to the Commission unless the party wishing to settle certifies, under penalty of perjury, that all documents responsive to Commission subpoenas and formal and informal document requests in this matter have been produced.

*I have read this letter, the subpoena, and the SEC Form 1662, but I still have questions. What should I do?*

If you have any other questions, you may call me at 404-539-8812 or email me at MoganG@sec.gov.  If you are represented by a lawyer, you should have your lawyer contact me.

Sincerely,

*Grant Mogan*

Grant Mogan
Senior Counsel
Division of Enforcement

Enclosures:     Subpoena
                Background Questionnaire
                SEC Form 1662



## SUBPOENA
# UNITED STATES OF AMERICA
### SECURITIES AND EXCHANGE COMMISSION

Re:    In the Matter of MJF Holdings, LLC (A-04041)

To:    Mr. Michael J. French

███████████████████████████

Pendleton, SC ██████

---

**YOU MUST TESTIFY** before officers of the Securities and Exchange Commission, at the place, date and time specified below:

Testimony on January 18, 2023 at 10:00 a.m. EST, by audio-visual teleconference means, using the Webex internet platform.  You will be given access to the testimony session through a Webex invite which will be sent from SEC counsel, Grant Mogan, to you.


**FEDERAL LAW REQUIRES YOU TO COMPLY WITH THIS SUBPOENA**.
If you do not comply with this subpoena, the SEC may bring an action in Federal Court to enforce this subpoena. Failure to comply with a court order enforcing this subpoena may result in the court imposing a fine, imprisonment, or both.


By:  _____*Grant Mogan*_____          Date:   December 14, 2022
Grant Mogan
Senior Counsel
Division of Enforcement


I am an officer of the Securities and Exchange Commission authorized to issue subpoenas in this matter.  The Securities and Exchange Commission has issued a formal order authorizing this investigation under Section 20(a) of the Securities Act of 1933 and Section 21(a) of the Securities Exchange Act of 1934.

---

NOTICE TO WITNESS:        If you claim a witness fee or mileage, submit this subpoena with the claim voucher.

## BACKGROUND QUESTIONNAIRE

**Please respond to the following questions in the space provided.  If you need additional space for any response, you may attach additional pieces of paper.**

Today's date: _____

1.  What is your full name?
    _____

2.  Have you ever been known by any other name?  Yes ___ No ___

    If yes, list each such name and the period(s) in which you were known by that name.
    _____
    _____
    _____

3.  Date and Place of Birth?
    _____

4.  Country of Citizenship?
    _____

5.  Marital Status?  Married ___ Divorced ___ Single ___

    If you have ever been married, state for each marriage: (i) the date(s) of the marriage; (ii) the name of your spouse; (iii) your spouse's birth name, if different; (iv) your spouse's age; and (v) your spouse's occupation.
    _____
    _____
    _____

6.  List the names, ages and occupations of your children, if any.
    _____
    _____
    _____

7.  List all residences you occupied at any time during the last [three] years, including vacation homes, beginning with your current residence.  For each residence, state the address, dates of residence, and all telephone numbers (including facsimile numbers) listed at that address.
    _____
    _____
    _____
    _____

Background Questionnaire
Page 2

8.  List all telephone numbers and telecommunication services that were in your name or
    that you regularly used at any time during the last [three] years.  Include all residential,
    business, cellular, credit card, and VOIP telephone numbers, including those listed in
    your response to question 7, and services such as GoogleVoice, Skype, video conference
    services.  For each telephone number, state the name(s) of the corresponding carrier(s)
    (*e.g.*, AT&T, Verizon, Vonage, Skype, etc.).

    _____
    _____
    _____

9.  List the universal resource locator (URL) for all websites or blogs that you established or
    for which you had the authority to control content, at any time during the last [three]
    years.  For each website, state the name(s) of the domain name registrar (*e.g.* GoDaddy)
    through which the URL was obtained, the name(s) of all individuals or entities who
    provided web site hosting or design services, whether the website contained primarily
    business or personal information, and the time period in which it was active.

    _____
    _____
    _____

10. List all electronic mail addresses and social networking accounts (*e.g.* Facebook,
    LinkedIn, Twitter, Instagram, Flickr, and Google+) that were in your name or that you
    regularly used at any time during the last [three] years.  Include all personal, business and
    shared electronic mail addresses and social networking accounts.  For each electronic
    mail address and social networking account, state the name(s) of the corresponding
    internet service provider(s) (*e.g.*, Google, Yahoo, AOL, or your employer), whether the
    address was used primarily for business or personal correspondence, and the time period
    in which it was active.

    _____
    _____
    _____
    _____
    _____

11. List all usernames for instant messaging and similar electronic communication services
    (including, but not limited to, Bloomberg, Skype, whatsapp), other than those listed in
    your response to questions 8 through 10, that were in your name or that you regularly
    used at any time during the last [three] years.  Include all personal, business and shared
    addresses.  For each username, state the name(s) of the communication service provider
    (*e.g.*, Google, AOL, etc.), whether the address was used primarily for business or

Background Questionnaire
Page 3

personal correspondence, the time period in which it was active, and the name of the software application(s) (*e.g.*, GTalk, ICQ, MSN Messenger) you used to access it.

_____

_____

_____

12. List all internet message boards or discussion forums (including, but not limited to, Money Maker Group, PNQI Message Board, Investors Hub Daily) of which you were a member or on which you posted any messages at any time during the last [three] years. For each message board or discussion forum, state the service provider and your member name or identification information.

_____

_____

_____

PUBLICLY-HELD COMPANIES

13. Are you now, or have you ever been, an officer or director of any publicly-held company?  Yes __  No __

If yes, identify each such company, its CUSIP, and any exchange on which it is or was listed, and state your positions (including membership on any Board or management committees) and the dates you held each position.

_____

_____

_____

14. Are you now, or have you ever been, a beneficial owner, directly or indirectly, of five per cent or more of any class of equity securities of any publicly held company?  Yes __  No __

If yes, identify each such company, its CUSIP, and any exchange on which it is or was listed, and state the amount, percentage, and dates of your ownership.

_____

_____

_____

Background Questionnaire
Page 4

<u>PRIVATELY-HELD COMPANIES</u>

15.    Are you now, or have you ever been, a beneficial owner, directly or indirectly, of any privately-held company (*i.e.*, corporation, partnership, limited liability company or other corporate form)?   Yes__ No__

If yes, identify each such company, including address and other contact information, and state your positions and the dates you held each position.

_____
_____
_____

16.    Are you now, or have you ever been, a manager or a member of any privately-held company (*i.e.*, corporation, partnership, limited liability company or other corporate form)?   Yes__ No__

If yes, identify each such company, including address and other contact information, and state your positions and the dates you held each position.

_____
_____
_____

<u>SECURITIES ACCOUNTS</u>

17. List all securities or brokerage accounts that you have held in your name, individually or jointly, at any time during the last [three] years.  Include all foreign accounts.  For each such account, identify: (i) the brokerage firm; (ii) the location of the branch where your account is or was held; (iii) your broker; (iv) the type of account (*i.e.*, cash, margin or IRA); (v) the account number; and (vi) whether any person has ever held discretionary authority or power of attorney over the account; if so, name such person(s).

_____
_____
_____
_____
_____

18. List all securities or brokerage accounts (including foreign accounts), other than those listed in your answer to question 17, in which you had any direct or indirect beneficial

Background Questionnaire
Page 5

interest at any time during the last [three] years.  For each such account, provide the information requested by question 17.

_____
_____
_____
_____
_____
_____

19. List all securities or brokerage accounts (including foreign accounts), other than those listed in your answer to question 17 or 18, over which you had any control at any time during the last [three] years.  For each such account, provide the information requested by question 17.

_____
_____
_____
_____
_____
_____

## BANK ACCOUNTS

20. List all accounts you have held in your name at any financial institution (*i.e.*, bank, thrift, or credit union) at any time during the last [three] years.  Include all foreign accounts. For each such account, identify: (i) the financial institution; (ii) the address of the branch at which your account is or was held; (iii) the type of account (*i.e.*, checking, savings, money market or IRA); (iv) the account number; and (v) whether any person has ever had discretionary authority or power of attorney over the account; if so, name such person(s).

_____
_____
_____
_____
_____
_____

21. List all accounts at financial institutions (including foreign accounts), other than those listed in your answer to question 20, in which you had any direct or indirect beneficial interest at any time during the last [three] years.  For each such account, provide the information requested by question 20.

_____
_____
_____
_____
_____
_____

Background Questionnaire
Page 6

22. List all accounts at financial institutions (including foreign accounts), other than those listed in your answer to question 20 or 21, over which you had any control at any time during the last [three] years.  For each such account, provide the information requested by question 20.

_____
_____
_____
_____
_____
_____

23. List any other accounts (including foreign accounts), other than those listed in your answers to questions 20 through 22, that were held in your name, in which you had any direct or indirect beneficial interest, or over which you had any control, that you have used to transfer funds in the last [three] years, including, but not limited to, PayPal accounts.  For each such account, provide the information requested by question 20.

_____
_____
_____

PRIOR PROCEEDINGS

24. Have you ever testified in any proceeding conducted by the staff of the Securities and Exchange Commission, a U.S. or foreign federal or state agency, a U.S. or foreign federal or state court, a stock exchange, the Financial Industry Regulatory Authority ("FINRA") or any other self-regulatory organization ("SRO"), or in any arbitration proceeding related to securities transactions?  Yes __  No __

If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the organization or agency; and (iii) the date(s) on which you testified.

_____
_____
_____
_____

25. Have you ever been deposed in connection with any court proceeding?  Yes __  No __

If yes, for each such proceeding, identify: (i) the title of the proceeding, and (ii) the date(s) on which you were deposed.

_____
_____

Background Questionnaire
Page 7

_____
_____

26. Have you ever been named as a defendant or respondent in any action or proceeding brought by the SEC, any other U.S. or foreign federal agency, a state securities agency, FINRA, an SRO, or any exchange?  Yes __  No __

   If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the agency or tribunal; (iii) the substance of the allegations; (iv) the outcome of the proceeding; and (v) the date of the outcome.

   _____
   _____
   _____
   _____

27. Have you ever been a defendant in any action (other than those listed in response to question 26) alleging violations of the federal securities laws?  Yes __  No __

   If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the court or tribunal; (iii) the outcome of the proceeding; and (iv) the date of the outcome.

   _____
   _____
   _____
   _____

28. Have you ever been a defendant in any criminal proceeding other than one involving a minor traffic offense?  Yes __   No __

   If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the court or tribunal; (iii) the outcome of the proceeding; and (iv) the date of the outcome.

   _____
   _____
   _____
   _____

Background Questionnaire
Page 8

<u>EDUCATIONAL HISTORY</u>

29. Provide the requested information about each educational institution that you have attended, beginning with the most recent and working backward to the date that you completed high school.

Name of School
_____

| City | State | Country | Zip Code |

Dates of Attendance: Month/Year to Month/Year        Degree/Major        Month/Year of Degree

Name of School
_____

| City | State | Country | Zip Code |

Dates of Attendance: Month/Year to Month/Year        Degree/Major        Month/Year of Degree

Name of School
_____

| City | State | Country | Zip Code |

Dates of Attendance: Month/Year to Month/Year        Degree/Major        Month/Year of Degree

Name of School
_____

| City | State | Country | Zip Code |

Dates of Attendance: Month/Year to Month/Year        Degree/Major        Month/Year of Degree

30. Other than courses taken in connection with institutions listed in response to question 29, list any securities, accounting or business related courses taken since high school.  For each such course, identify the date that the course was completed and the name of the institution or organization that offered the course.
_____
_____
_____
_____

Background Questionnaire
Page 9

PROFESSIONAL LICENSES/CLUBS

31. Do you hold, or have you ever held, any professional license?  Yes__ No __

   If yes, for each such license, identify: (i) the license number or attorney bar number;
   (ii) the licensing organization; (iii) the date the license was awarded; (iv) the date such
   license terminated, if applicable; (v) the date(s) of any disciplinary proceeding(s) against
   you: and (vi) the outcome of any such disciplinary proceeding (*e.g.*, reprimand,
   suspension, revocation).

   _____
   _____
   _____
   _____
   _____

32. Are you, or have you ever been, a member of any professional or business club or
   organization?   Yes __  No __

   If yes, list for each: (i) the name of the club or organization; (ii) its address; (iii) the
   date(s) of your membership; and (iv) service in any governance roles (*e.g.*, board
   member, committee member, etc.) including title and dates of service.

   _____
   _____
   _____
   _____
   _____

33. Are you, or have you been in the last [three] years, a member of any social clubs,
   charities or nonprofit organizations?   Yes ___  No ___

   If yes, list for each: (i) the name of the social club, charity or nonprofit organization;
   (ii) its address; (iii) the date(s) of your membership; and (iv) service in any governance
   roles (*e.g.*, board member, committee member, etc.) including title and dates of service..

   _____
   _____
   _____
   _____
   _____

EMPLOYMENT HISTORY

34. Are you, or have you ever been, an employee of a broker, dealer, investment adviser,
   investment company, municipal securities dealer, municipal advisor, transfer agent, or

Background Questionnaire
Page 10

      nationally recognized statistical rating organization?   Yes ____   No ____

      If yes, list for each: (i) the jurisdiction of the entity; (ii) your CRD number; (iii) the entity's CRD number; (iv) the entity's SEC File number; (v) the entity's CUSIP number; and (vi) any foreign registration information similar to the foregoing.

      _____

      _____

      _____

      _____

      _____

      _____

      _____

35. State your employment activities, beginning with the present and working backward to the date that you completed high school and attach a recent copy of your resume or curriculum vitae.

_____
Employer's Name/Self-Employment

_____
Employer's Street Address                                   Telephone Number

_____
City                     State            Country          Zip Code

_____
Title                    Dates of Employment                Supervisor

_____
Title                    Dates of Employment                Supervisor

_____
Title                    Dates of Employment                Supervisor

_____
Title                    Dates of Employment                Supervisor

_____
Employer's Name/Self-Employment

_____
Employer's Street Address                                   Telephone Number

_____
City                     State            Country          Zip Code

_____
Title                    Dates of Employment                Supervisor

_____
Title                    Dates of Employment                Supervisor

_____
Title                    Dates of Employment                Supervisor

_____
Title                    Dates of Employment                Supervisor

Background Questionnaire
Page 11

Employer's Name/Self-Employment

Employer's Street Address                                          Telephone Number

City                    State                Country           Zip Code

Title                   Dates of Employment                  Supervisor

Title                   Dates of Employment                  Supervisor

Title                   Dates of Employment                  Supervisor

Title                   Dates of Employment                  Supervisor


Employer's Name/Self-Employment

Employer's Street Address                                          Telephone Number

City                    State                Country           Zip Code

Title                   Dates of Employment                  Supervisor

Title                   Dates of Employment                  Supervisor

Title                   Dates of Employment                  Supervisor

Title                   Dates of Employment                  Supervisor


Employer's Name/Self-Employment

Employer's Street Address                                          Telephone Number

City                    State                Country           Zip Code

Title                   Dates of Employment                  Supervisor

Title                   Dates of Employment                  Supervisor

Title                   Dates of Employment                  Supervisor

Title                   Dates of Employment                  Supervisor

Background Questionnaire
Page 12

| | | | |
|---|---|---|---|
| Employer's Name/Self-Employment | | | |
| Employer's Street Address | | | Telephone Number |
| City | State | Country | Zip Code |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |

CONTINUE ON ADDITIONAL SHEETS IF NECESSARY

## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

### Supplemental Information for Persons Requested to Supply Information Voluntarily or Directed to Supply Information Pursuant to a Commission Subpoena

**A.  False Statements and Documents**

Section 1001 of Title 18 of the United States Code provides that fines and terms of imprisonment may be imposed upon:

> [W]hoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully--
> (1)  falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
> (2)  makes any materially false, fictitious, or fraudulent statement or representation; or
> (3)  makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry.

Section 1519 of Title 18 of the United States Code provides that fines and terms of imprisonment may be imposed upon:

> Whoever knowingly alters, destroys, mutilates, conceals, covers up, falsifies, or makes a false entry in any record, document, or tangible object with the intent to impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of any department or agency of the United States . . ., or in relation to or contemplation of any such matter.

**B.  Testimony**

If your testimony is taken, you should be aware of the following:

1.  *Record*.  Your testimony will be transcribed by a reporter. If you desire to go off the record, please indicate this to the Commission employee taking your testimony, who will determine whether to grant your request. The reporter will not go off the record at your, or your counsel's, direction.

2.  *Counsel*.  You have the right to be accompanied, represented and advised by counsel of your choice. Your counsel may advise you before, during and after your testimony; question you briefly at the conclusion of your testimony to clarify any of the answers you give during testimony; and make summary notes during your testimony solely for your use. If you are accompanied by counsel, you may consult privately.

If you are not accompanied by counsel, please advise the Commission employee taking your testimony if, during the testimony, you desire to be accompanied, represented and advised by counsel. Your testimony will be adjourned once to afford you the opportunity to arrange to be so accompanied, represented or advised.

You may be represented by counsel who also represents other persons involved in the Commission's investigation. This multiple representation, however, presents a potential conflict of interest if one client's interests are or may be adverse to another's. If you are represented by counsel who also represents other persons involved in the investigation, the Commission will assume that you and counsel have discussed and resolved all issues concerning possible conflicts of interest. The choice of counsel, and the responsibility for that choice, is yours.

3.  *Transcript Availability*.  Rule 6 of the Commission's Rules Relating to Investigations, 17 CFR 203.6, states:

> A person who has submitted documentary evidence or testimony in a formal investigative proceeding shall be entitled, upon written request, to procure a copy of his documentary evidence or a transcript of his testimony on payment of the appropriate fees: *Provided, however*, That in a nonpublic formal investigative proceeding the Commission may for good cause deny such request. In any event, any witness, upon proper identification, shall have the right to inspect the official transcript of the witness' own testimony.

If you wish to purchase a copy of the transcript of your testimony, the reporter will provide you with a copy of the appropriate form. Persons requested to supply information voluntarily will be allowed the rights provided by this rule.

4.  *Perjury*.  Section 1621 of Title 18 of the United States Code provides that fines and terms of imprisonment may be imposed upon:

> Whoever--

> (1) having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare,

SEC 1662 (09-21)

depose, or certify truly, or that any written testimony, declaration, deposition, or certificate by him subscribed, is true, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true; or

(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true.

5. *Fifth Amendment and Voluntary Testimony*. Information you give may be used against you in any federal, state, local or foreign administrative, civil or criminal proceeding brought by the Commission or any other agency.

You may refuse, in accordance with the rights guaranteed to you by the Fifth Amendment to the Constitution of the United States, to give any information that may tend to incriminate you.

If your testimony is not pursuant to subpoena, your appearance to testify is voluntary, you need not answer any question, and you may leave whenever you wish. Your cooperation is, however, appreciated.

6. *Formal Order Availability*. If the Commission has issued a formal order of investigation, it will be shown to you during your testimony, at your request. If you desire a copy of the formal order, please make your request in writing.

## C. Submissions and Settlements

Rule 5(c) of the Commission's Rules on Informal and Other Procedures, 17 CFR 202.5(c), states:

Persons who become involved in . . . investigations may, on their own initiative, submit a written statement to the Commission setting forth their interests and position in regard to the subject matter of the investigation. Upon request, the staff, in its discretion, may advise such persons of the general nature of the investigation, including the indicated violations as they pertain to them, and the amount of time that may be available for preparing and submitting a statement prior to the presentation of a staff recommendation to the Commission for the commencement of an administrative or injunction proceeding. Submissions by interested persons should be forwarded to the appropriate Division Director or Regional Director with a copy to the staff members conducting the investigation and should be clearly referenced to the specific investigation to which they relate. In the event a recommendation for the commencement of an enforcement proceeding is presented by the staff, any submissions by interested persons will be forwarded to the Commission in conjunction with the staff memorandum.

The staff of the Commission routinely seeks to introduce submissions made pursuant to Rule 5(c) as evidence in Commission enforcement proceedings, when the staff deems appropriate.

Rule 5(f) of the Commission's Rules on Informal and Other Procedures, 17 CFR 202.5(f), states:

In the course of the Commission's investigations, civil lawsuits, and administrative proceedings, the staff, with appropriate authorization, may discuss with persons involved the disposition of such matters by consent, by settlement, or in some other manner. It is the policy of the Commission, however, that the disposition of any such matter may not, expressly or impliedly, extend to any criminal charges that have been, or may be, brought against any such person or any recommendation with respect thereto. Accordingly, any person involved in an enforcement matter before the Commission who consents, or agrees to consent, to any judgment or order does so solely for the purpose of resolving the claims against him in that investigative, civil, or administrative matter and not for the purpose of resolving any criminal charges that have been, or might be, brought against him. This policy reflects the fact that neither the Commission nor its staff has the authority or responsibility for instituting, conducting, settling, or otherwise disposing of criminal proceedings. That authority and responsibility are vested in the Attorney General and representatives of the Department of Justice.

## D. Freedom of Information Act

The Freedom of Information Act, 5 U.S.C. 552 (the "FOIA"), generally provides for disclosure of information to the public. Rule 83 of the Commission's Rules on Information and Requests, 17 CFR 200.83, provides a procedure by which a person can make a written request that information submitted to the Commission not be disclosed under the FOIA. That rule states that no determination as to the validity of such a request will be made until a request for disclosure of the information under the FOIA is received. Accordingly, no response to a request that information not be disclosed under the FOIA is necessary or will be given until a request for disclosure under the FOIA is received. If you desire an acknowledgment of receipt of your written request that information not be disclosed under the FOIA, please provide a duplicate request, together with a stamped, self-addressed envelope.

### E.  Authority for Solicitation of Information

*Persons Directed to Supply Information Pursuant to Subpoena*. The authority for requiring production of information is set forth in the subpoena. Disclosure of the information to the Commission is mandatory, subject to the valid assertion of any legal right or privilege you might have.

*Persons Requested to Supply Information Voluntarily*. One or more of the following provisions authorizes the Commission to solicit the information requested: Sections 19 and/or 20 of the Securities Act of 1933; Section 21 of the Securities Exchange Act of 1934; Section 321 of the Trust Indenture Act of 1939; Section 42 of the Investment Company Act of 1940; Section 209 of the Investment Advisers Act of 1940; and 17 CFR 202.5. Disclosure of the requested information to the Commission is voluntary on your part.

### F.  Effect of Not Supplying Information

*Persons Directed to Supply Information Pursuant to Subpoena*. If you fail to comply with the subpoena, the Commission may seek a court order requiring you to do so. If such an order is obtained and you thereafter fail to supply the information, you may be subject to civil and/or criminal sanctions for contempt of court. In addition, Section 21(c) of the Securities Exchange Act of 1934, Section 42(c) of the Investment Company Act of 1940, and Section 209(c) of the Investment Advisers Act of 1940 provide that fines and terms of imprisonment may be imposed upon any person who shall, without just cause, fail or refuse to attend and testify or to answer any lawful inquiry, or to produce books, papers, correspondence, memoranda, and other records in compliance with the subpoena.

*Persons Requested to Supply Information Voluntarily*. There are no direct sanctions and thus no direct effects for failing to provide all or any part of the requested information.

### G.  Principal Uses of Information

The Commission's principal purpose in soliciting the information is to gather facts in order to determine whether any person has violated, is violating, or is about to violate any provision of the federal securities laws or rules for which the Commission has enforcement authority, such as rules of securities exchanges and the rules of the Municipal Securities Rulemaking Board. Facts developed may, however, constitute violations of other laws or rules. Information provided may be used in Commission and other agency enforcement proceedings. Unless the Commission or its staff explicitly agrees to the contrary in writing, you should not assume that the Commission or its staff acquiesces in, accedes to, or concurs or agrees with, any position, condition, request, reservation of right, understanding, or any other statement that purports, or may be deemed, to be or to reflect a limitation upon the Commission's receipt, use, disposition, transfer, or retention, in accordance with applicable law, of information provided.

### H.  Routine Uses of Information

The Commission often makes its files available to other governmental agencies, particularly United States Attorneys and state prosecutors. There is a likelihood that information supplied by you will be made available to such agencies where appropriate. Whether or not the Commission makes its files available to other governmental agencies is, in general, a confidential matter between the Commission and such other governmental agencies.

Set forth below is a list of the routine uses which may be made of the information furnished.

1. To appropriate agencies, entities, and persons when (1) the SEC suspects or has confirmed that there has been a breach of the system of records, (2) the SEC has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the SEC (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with the SEC's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm.

2. To other Federal, state, local, or foreign law enforcement agencies; securities self-regulatory organizations; and foreign financial regulatory authorities to assist in or coordinate regulatory or law enforcement activities with the SEC.

3. To national securities exchanges and national securities associations that are registered with the SEC, the Municipal Securities Rulemaking Board; the Securities Investor Protection Corporation; the Public Company Accounting Oversight Board; the Federal banking authorities, including, but not limited to, the Board of Governors of the Federal Reserve System, the Comptroller of the Currency, and the Federal Deposit Insurance Corporation; state securities regulatory agencies or organizations; or regulatory authorities of a foreign government in connection with their regulatory or enforcement responsibilities.

4. By SEC personnel for purposes of investigating possible violations of, or to conduct investigations authorized by, the Federal securities laws.

5. In any proceeding where the Federal securities laws are in issue or in which the Commission, or past or present members of its staff, is a party or otherwise involved in an official capacity.

6. In connection with proceedings by the Commission pursuant to Rule 102(e) of its Rules of Practice, 17 CFR 201.102(e).

7. To a bar association, state accountancy board, or other Federal, state, local, or foreign licensing or oversight authority; or professional association or self-regulatory authority to the extent that it performs similar functions (including the Public Company Accounting Oversight Board) for investigations or possible disciplinary action.

8. To a Federal, state, local, tribal, foreign, or international agency, if necessary to obtain information relevant to the SEC's decision concerning the hiring or retention of an employee; the issuance of a security clearance; the letting of a contract; or the issuance of a license, grant, or other benefit.

9. To a Federal, state, local, tribal, foreign, or international agency in response to its request for information concerning the hiring or retention of an employee; the issuance of a security clearance; the reporting of an investigation of an employee; the letting of a contract; or the issuance of a license, grant, or other benefit by the requesting agency, to the extent that the information is relevant and necessary to the requesting agency's decision on the matter.

10. To produce summary descriptive statistics and analytical studies, as a data source for management information, in support of the function for which the records are collected and maintained or for related personnel management functions or manpower studies; may also be used to respond to general requests for statistical information (without personal identification of individuals) under the Freedom of Information Act.

11. To any trustee, receiver, master, special counsel, or other individual or entity that is appointed by a court of competent jurisdiction, or as a result of an agreement between the parties in connection with litigation or administrative proceedings involving allegations of violations of the Federal securities laws (as defined in section 3(a)(47) of the Securities Exchange Act of 1934, 15 U.S.C. 78c(a)(47)) or pursuant to the Commission's Rules of Practice, 17 CFR 201.100 through 900 or the Commission's Rules of Fair Fund and Disgorgement Plans, 17 CFR 201.1100 through 1106, or otherwise, where such trustee, receiver, master, special counsel, or other individual or entity is specifically designated to perform particular functions with respect to, or as a result of, the pending action or proceeding or in connection with the administration and enforcement by the Commission of the Federal securities laws or the Commission's Rules of Practice or the Rules of Fair Fund and Disgorgement Plans.

12. To any persons during the course of any inquiry, examination, or investigation conducted by the SEC's staff, or in connection with civil litigation, if the staff has reason to believe that the person to whom the record is disclosed may have further information about the matters related therein, and those matters appeared to be relevant at the time to the subject matter of the inquiry.

13. To interns, grantees, experts, contractors, and others who have been engaged by the Commission to assist in the performance of a service related to this system of records and who need access to the records for the purpose of assisting the Commission in the efficient administration of its programs, including by performing clerical, stenographic, or data analysis functions, or by reproduction of records by electronic or other means. Recipients of these records shall be required to comply with the requirements of the Privacy Act of 1974, as amended, 5 U.S.C. 552a.

14. In reports published by the Commission pursuant to authority granted in the Federal securities laws (as such term is defined in section 3(a)(47) of the Securities Exchange Act of 1934, 15 U.S.C. 78c(a)(47)), which authority shall include, but not be limited to, section 21(a) of the Securities Exchange Act of 1934, 15 U.S.C. 78u(a)).

15. To members of advisory committees that are created by the Commission or by Congress to render advice and recommendations to the Commission or to Congress, to be used solely in connection with their official designated functions.

16. To any person who is or has agreed to be subject to the Commission's Rules of Conduct, 17 CFR 200.735-1 through 200.735-18, and who assists in the investigation by the Commission of possible violations of the Federal securities laws (as such term is defined in section 3(a)(47) of the Securities Exchange Act of 1934, 15 U.S.C. 78c(a)(47)), in the preparation or conduct of enforcement actions brought by the Commission for such violations, or otherwise in connection with the Commission's enforcement or regulatory functions under the Federal securities laws.

17. To a Congressional office from the record of an individual in response to an inquiry from the Congressional office made at the request of that individual.

18. To members of Congress, the press, and the public in response to inquiries relating to particular Registrants and their activities, and other matters under the Commission's jurisdiction.

19. To prepare and publish information relating to violations of the Federal securities laws as provided in 15 U.S.C. 78c(a)(47)), as amended.

20. To respond to subpoenas in any litigation or other proceeding.

21. To a trustee in bankruptcy.

22. To any governmental agency, governmental or private collection agent, consumer reporting agency or commercial reporting agency, governmental or private employer of a debtor, or any other person, for collection,

including collection by administrative offset, Federal salary offset, tax refund offset, or administrative wage garnishment, of amounts owed as a result of Commission civil or administrative proceedings.

23. To another Federal agency or Federal entity, when the SEC determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach.

\* \* \* \* \*

*Small Business Owners*: The SEC always welcomes comments on how it can better assist small businesses. If you would like more information, or have questions or comments about federal securities regulations as they affect small businesses, please contact the Office of Small Business Policy, in the SEC's Division of Corporation Finance, at 202-551-3460. If you would prefer to comment to someone outside of the SEC, you can contact the Small Business Regulatory Enforcement Ombudsman at http://www.sba.gov/ombudsman or toll free at 888-REG-FAIR. The Ombudsman's office receives comments from small businesses and annually evaluates federal agency enforcement activities for their responsiveness to the special needs of small business.

**ARREST / NOTICE TO APPEAR**

**Fort Myers PD**

- [ ] 1 Arrest
- [ ] 2 Notice To Appear  → 1

Juvenile [ ]

## ADMINISTRATIVE

OBTS NUMBER: 3,6,0,5,0,9,3,6,2,5

AGENCY ORI NUMBER: F,L,0,3,6,0,1,0,0

CASE NUMBERS: 23CF014693, 23CF014693, 23CF014693

AGENCY REPORT NUMBER: 23-0021442

AGENCY ARREST NUMBER: 23-0021442

CHARGE TYPE (Check as many as apply):
- [X] 1 FELONY
- [ ] 2 TRAFFIC FELONY
- [ ] 3 MISDEMEANOR
- [ ] 4 TRAFFIC
- [ ] 5 ORDINANCE
- [ ] 6 OTHER

WEAPON SEIZED / TYPE: 1 Yes [1]  2 No

DATE OF OFFENSE: 2/28/2023

LOCATION OF ARREST (include Name of Business): ▮▮▮▮▮

LOCATION OF OFFENSE (Business Name, Address):

| DATE OF ARREST | TIME OF ARREST | BOOKING DATE | BOOKING TIME | JAIL BOOK DATE | JAIL BOOK TIME | FINGERPRINTED | BY |
|---|---|---|---|---|---|---|---|
| 2/28/2023 | 1632 | 3/1/23 | 2000 | 3/1/23 | 1805 | [ ] Identification Only / Central  [ ] AFIS | MED |

| JAIL NUMBER | COUNTY ID NUMBER | OTHER LOCAL NUMBER | FDLE NUMBER | DOC NUMBER | FBI NUMBER |
|---|---|---|---|---|---|
| 9104727 | 567948 | | | | |

## DEFENDANT

NAME (Last, First, Middle): **French, Michael Jay**

ALIAS:

| RACE | SEX | DATE OF BIRTH OR AGE | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR | COMPLEXION | BUILD |
|---|---|---|---|---|---|---|---|---|
| W - White  I - American Indian  B - Black  O - Oriental / Asian → W | M | 2/7/1983 | 5'08" | 230 | HAZ | BRO | FAR | MED |

SCARS, MARKS, TATTOOS, UNIQUE PERSONAL FEATURES (Location, Type, Description):

INDICATION OF: Alcohol Influence / Drug Influence — Y / N / UNK

LOCAL ADDRESS (Street, Apt Number): ▮▮▮, PENDLETON, SC ▮▮▮  (City) (State) (Zip)  PHONE:

RESIDENCE TYPE:
- 1 City
- 2 County
- 3 Florida
- 4 Out-of-State

PERMANENT ADDRESS (Street, Apt Number): ▮▮▮, PENDLETON, SC ▮▮▮  (City) (State) (Zip)  PHONE:

ADDRESS SOURCE:

BUSINESS ADDRESS (Name, Apt Number):  (City) (State) (Zip)  PHONE:

OCCUPATION:

DRIVER'S LICENSE STATE / NUMBER: ▮▮▮ 3285

SOCIAL SECURITY NUMBER:

INS NUMBER:

PLACE OF BIRTH: US

CITIZENSHIP:

## CO-DEF

| CO-DEFENDANT NAME (Last, First, Middle) | RACE | SEX | DATE OF BIRTH OR AGE | | |
|---|---|---|---|---|---|
| | | | | [ ] 1. Arrested  [ ] 2. At Large | [ ] 3 Felony  [ ] 4 Misdemeanor  [ ] 5 Juvenile |

| CO-DEFENDANT NAME (Last, First, Middle) | RACE | SEX | DATE OF BIRTH OR AGE | | |
|---|---|---|---|---|---|
| | | | | [ ] 1. Arrested  [ ] 2. At Large | [ ] 3 Felony  [ ] 4 Misdemeanor  [ ] 5 Juvenile |

## CODE

ACTIVITY: N N/A / P Possess

S Sell / B Buy / T Traffic

R Smuggle / D Deliver / E Use

K Dispense / Distribute

M Manufacture / Produce / Cultivate

Z Other

TYPE: N N/A / A Amphetamine

B Barbiturate / C Cocaine / E Heroin

H Hallucinogen / M Marijuana / O Opium / Deriv

P Paraphernalia / Equipment / S Synthetic

Z Other / U Unknown

## CHARGE

CHARGE DESCRIPTION: **INTIMIDATION - WRITTEN/ELEC THREAT TO KILL BODILY HARM ANOTHR - 23CF014693**

COUNTS: 1   [ ] FS  [ ] Ord

STATUTE VIOLATION NUMBER: 836.10(2a)

BOND $: 10000.00

ACTIVITY | DRUG TYPE | AMOUNT / UNIT | GOC: **Not Applicable**

[ ] PC#  [ ] CAPIAS  [ ] AC  [ ] BW  [ ] FW  [ ] PW  [ ] JUV PU  [ ] CITATION   DATE ISSUED: 3/1/2023   [ ] Writ Att  [ ] Domestic Violence  [ ] Domestic Violence Injury  [ ] Order of Arrest

CHARGE DESCRIPTION: **AGGRAV STALKING - FOLLOW HARASS CYBERSTALK CRED THREAT TO PERSON - 23CF014693**

COUNTS: 1   [ ] FS  [ ] Ord

STATUTE VIOLATION NUMBER: 784.048(3)

BOND $: 5000.00

ACTIVITY | DRUG TYPE | AMOUNT / UNIT | GOC: **Not Applicable**

[ ] PC#  [ ] CAPIAS  [ ] AC  [ ] BW  [ ] FW  [ ] PW  [ ] JUV PU  [ ] CITATION   DATE ISSUED: 3/1/2023   [ ] Writ Att  [ ] Domestic Violence  [ ] Domestic Violence Injury  [ ] Order of Arrest

## NOTICE TO APPEAR

- [ ] Mandatory Appearance in Court
- [ ] You need not appear in Court but must comply with instructions on Notice To Appear page

LOCATION (Court, Room Number, Address):

MONTH: **April**   DAY: **3**   YEAR: **2023**   TIME: **08:30**   [X] AM  [ ] PM

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED

SIGNATURE OF DEFENDANT / JUVENILE AND PARENT OR CUSTODIAN:

## ADMINISTRATIVE

- [ ] Miranda Warning
- [ ] HOLD FOR OTHER AGENCY   NAME:
- [ ] ADULTS ONLY HOLD for First Appearance Do Not Bond out.   Reason.

VERIFIED BY:

DATE:

I SWEAR/ AFFIRM THE ABOVE AND ATTACHED STATEMENTS ARE TRUE AND CORRECT: /s/ *Bryan Koski #631*

/s/ Officer Bryan Koski, 850-0631 at 03 / 01 / 2023 05: 10 PM

OFFICER'S / COMPLAINTANT'S SIGNATURE: **Bryan Koski**   850-0631   ID NO / TROOP

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS [ ] DAY OF *March, 2023*

Name / Title of Person Authorized to Administer Oath

/s/ Sergeant Jason Greene, 850-0339 at 03 / 01 / 2023 05: 11 PM

### BOND INFORMATION

BOND TYPE: [ ] 1 Surety  [ ] 2 Cash  [ ] 3 Surety  [ ] 4 Bail /  [ ] 5 Cert  [ ] 6 Other  Bond

BOND CHARGE #:   TYPE:

BOND CHARGE #:   TYPE:

RETURNABLE COURT DATE:   RETURNABLE COURT TIME: [ ] AM [ ] PM

RELEASE DATE:   RELEASE TIME: [ ] AM [ ] PM

RELEASE OFFICER:

REPORT ENTERED BY: **Bryan Koski**   850-0631   ID NO / TROOP

NAME (Printed)

**EXHIBIT H**

PAGE 1 OF 15

U230301080 / 622128

HSMV 60005 (Rev 7/97)

# PROBABLE CAUSE AFFIDAVIT

**Fort Myers PD**

| | | | |
|---|---|---|---|
| 1 Arrest (Cont) | 3 Arrest Affidavit | | Juvenile |
| 2 Notice to | 4 Complaint Affidavit | | |
| | Appear (Court) | 5 Request for Capias | **1** |

**ADMINISTRATIVE**

OBTS Number: 3 0 5 0 9 3 6 2 5

Agency ORI Number: F L 0 3 6 0 1 0 0

Case Numbers: 23CF014693, 23CF014693, 23CF014693

Agency Report Number: 2 3 - 0 0 2 1 4 4 2

Date of Offense: 0 2 2 8 2 3     Date of Arrest: 0 2 2 8 2 3

**DEFENDANT**

Name (Last, First, Middle): **French, Michael Jay**     Alias:

| Race | | Sex | Date of Birth or Age | Height | Weight | Eye Color | Hair Color | Complexion | Build |
|---|---|---|---|---|---|---|---|---|---|
| W - White | I - American Indian | W | M | 0 2 0 7 8 3 | 508 | 230 | HAZ | BRO | FAR | MED |
| B - Black | O - Oriental / Asian | | | | (City) | (State) | | | Phone |

Address (Street, Apt Number): **PENDLETON, SC**

☐ 1 Parent ☐ 2 Legal Custodian ☐ 3 Other   Name of Parent or Custodian (Last, First Middle)     Residence Phone

**JUVENILE**

Address (Street, Apt Number)     (City)     (State)     Business Phone

Notified By (Name)     Date     Time     Juvenile Disposition
1. Handled / Processed Within Dept and Released
2. Turned Over to HRS / CYF
3. Incarcerated (County Jail)

Released To (Name)     Relationship     ☐ DB     Arrival Date     Arrival Time     Date     Time

**CODE**

| Activity | S Sell | R Smuggle | K Dispense / | M Manufacture / | 2 Other | Type | B Barbiturate | H Hallucinogen | P Paraphernalia / | U Unknown |
|---|---|---|---|---|---|---|---|---|---|---|
| N N/A | B Buy | D Deliver | Destribute | Produce / | | N N/A | C Cocaine | M Marijuana | Equipment | Z Other |
| P Possess | T Traffic | E Use | | Cultivate | | A Amphetamine | O Opium / Denv | S Synthetic | | |

**CHARGE**

CHARGE DESCRIPTION: **OBSTRUCTING JUSTICE - TAMPER WITN WITHHOLD TESTIM/INFO FEL 1ST PROC - 23CF014693**

COUNTS: 1   ☐ FS ☐ Ord

STATUTE VIOLATION: **914.22(1a)**   BOND $: **30000.00**

ACTIVITY     DRUG TYPE     AMOUNT / UNIT

GOC: **Not Applicable**

☐ PC ☐ CAPIAS ☐ AC ☐ BW ☐ FW ☐ PW ☐ JUV PU ☐ CITATION   DATE ISSUED: **3/1/2023**   ☐ Writ Att ☐ Domestic Violence ☐ Domestic Viol Inj ☐ Order of Arrest

**CHARGE**

CHARGE DESCRIPTION: **FRAUD - UTTER FALSE INSTRUMENT - 23CF014693**

COUNTS: 1   ☐ FS ☒ Ord

STATUTE VIOLATION: **831.02()**   BOND $: **5000.00**

ACTIVITY: **N**     DRUG TYPE     AMOUNT / UNIT

GOC: **Not Applicable**

☐ PC ☐ Capias ☐ AC ☐ BW ☐ FW ☐ PW ☐ JUV PU ☐ CITATION   DATE ISSUED   ☐ Writ Att ☐ Domestic Violence ☐ Domestic Viol Inj ☐ Order of Arrest

**CHARGE**

CHARGE DESCRIPTION

COUNTS   ☐ FS ☐ Ord

STATUTE VIOLATION   BOND $

ACTIVITY     DRUG TYPE     AMOUNT/UNIT     GOC

☐ PC ☐ Capias ☐ AC ☐ BW ☐ FW ☐ PW ☐ JUV PU ☐ CITATION   DATE ISSUED   ☐ Writ Att ☐ Domestic Violence ☐ Domestic Viol Inj ☐ Order of Arrest

---

The undersigned certifies and swears that he / she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law

On the **28** day of **February, 2023** at **4:32** ☐ A M ☒ P M (Specifically include facts constituting cause for arrest)

**PROBABLE CAUSE STATEMENT**

INITIAL REPORTING OFFICER N. VILSAINT

On Tuesday, February 28, 2023, at approximately 4:34 PM, while on uniformed marked patrol, in the City of Fort Myers, Florida, Officers responded to _____ in reference to a Suspicious Person/Vehicle.

Upon arrival, Officer Vilsaint observed a white male wearing a button-up blue shirt standing outside a vehicle. The male was later identified by a South Carolina driver's license as Michael Jay French (W/M DOB: 2/7/1983). Officer Vilsaint approached French, who was speaking with Officer Wright. Officer Vilsaint overheard French stating that he was able to find her because he used a private investigator. French was speaking about finding _____. Officer Vilsaint recognized the address and a past incident in reference to report number 23-0010809. This was in reference to _____ stating to Officer Vilsaint that French has been messaging her through a different phone number and has been attempting to locate her. _____ stated that French advised her that he is a sniper and that her brother which is a Law Enforcement Officer, would not be able to protect her. This was confirmed that French has been stalking _____ after constantly messaging her through different phone numbers even after being blocked by _____. French was later placed in custody, searched, and escorted to the back of the Officer's patrol vehicle. Officer Flores located a 9mm firearm in French's rental vehicle after conducting a search of the vehicle. Officers located a note inside the vehicle appearing to have been written with a sharpie stating, "Please Pick Up

P C Exists for Charge(s)     Judge's Signature     Date

**ADMINISTRATIVE**

☐ Miranda Warning   Hold for Other Agency Name     Verified By

☐ Adults Only ☐ Hold for First Appearance
Do Not Bond Out Reason

I swear / affirm the above and attached statements are true and correct

Sworn to and subscribed before me, the undersigned authority this _____ day of _____

Officer's / Complainant's Signature: **Bryan Koski**   **850-0631**

Name / Title of Person Authorized to Administer Oath

Name (Printed)   I D No / Troop

**BOND INFORMATION**

Date

Bond Type: 1 ROR 2 Cash   3 Surety 4 Bail / Bond   5 Cert 6 Other

Returnable Court Date     Returnable Court Time   ☐ A M ☐ P M

Release Date     Release Time   ☐ A M ☐ P M

Releasing Officer

Bond Charge #   Bond Charge #   Bond Charge #

Type   Type   Type

Page **2** of **15**

HSMV 60006 (10/80) S

## PROBABLE CAUSE STATEMENT

| | | | 1. Offense | 1 | Juvenile | | 1. Original | 1 |
|---|---|---|---|---|---|---|---|---|
| | | | 2. Arrest | | | | 2. Supplement | |

**ADM**

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| F L 0 3 6 0 1 0 0 | Fort Myers PD | 2 3 - 0 0 2 1 4 4 2 |

| Original Date Reported | Case Reference | CLERK CASE NUMBERS |
|---|---|---|
| 0 2 2 8 2 3 | French, Michael Jay | 23CF014693, 23CF014693, 23CF014693 |

**NARRATIVE / CONTINUATION**

The Phone!" A second note appearing to have been written with a sharpie was located inside the vehicle stating in all capital letters, "STOP HELPING THEM." A black in color sharpie was also located inside the vehicle. The vehicle was a white in color Chevrolet sedan bearing a Florida tag ▮.

Officer Vilsaint made contact with ▮ inside the home. ▮ appeared to be in a distraught state of mind, crying, in distress, shaking, and panicking. ▮ stated that she was not expecting to see French and does not know how French was able to locate her. ▮ stated that no one should know where she lives beside her parents. ▮ stated that French had contacted her landlord, but ▮ does not know how French was able to obtain her landlord's information. ▮ landlord had stated to ▮ that she was contacted by Michael French.

Officers contacted Detectives Division, and Detective Garcia and Detective Jean-Baptist responded to the scene. A case file from the Federal Bureau of Investigation with big red letters across the paper with the marking "CONFIDENTIAL" was also located inside the vehicle being operated by French.

Detective Garcia and Detective Jean-Baptist later made contact with ▮ Detective Garcia and Detective Jean-Baptist obtained a recorded sworn statement from ▮ stating the following:

▮ stated that she is a tiktok streamer and does videos online for entertainment. ▮ stated that she first met French through tiktok after French had sent her some money as a supporter. ▮ explained that someone can become a creator on tiktok and creators would try to obtain followers and supporters that would like their videos and send them money so that the creators could remain on the top 100 list on tiktok. ▮ stated that French is verified as a number one supporter on tiktok and he even received a badge as being the number one supporter due to the amount of money French would send to other creators.

▮ stated she maintained contact with French on a professional level. ▮ stated as a creator, it is wise to keep in contact with your supporters, especially your biggest supporter. ▮ stated that French would send her approximately $1000.00 a day. ▮ stated she also used to work for ▮ and her job was training other managers to become better managers. ▮ stated she was very good at her job and assisted other companies to become successful. ▮ stated French later contacted her due to wanting help becoming a better manager in his business and wanted ▮ to train her. French and ▮ exchanged phone numbers.

▮ stated the situation that French was explaining to her about his employees not listening to him seemed weird due to French being successful and making a successful amount of money with his business. ▮ stated she continued to assist French so that she does not ruin the professional relationship she has with French as a supporter for her on tiktok. ▮ stated she only maintained a professional relationship with French. ▮ stated she never flirted with French, never sent him nudes, never met him in person, or had any explicit conversation with French. ▮ stated on January 22, 2023, things got weird with French.

▮ stated that on January 22, 2023, French contacted her and stated that if she does not contact him then he will kill himself on the live video that she was doing on tiktok. ▮ stated she ended her video and contacted French to make sure that he was ok. ▮ stated at a later date, she was contacted by another creator stating that French was telling people that he was in a romantic relationship with ▮ stated that she confronted French about the incident, and he denied it. ▮ stated on a later date, she was contacted by ▮ (no other information). ▮ stated to ▮ that French was under investigation for stealing millions of dollars from investors. ▮ stated she immediately blocked French after hearing that his company was under investigation. ▮ stated she had no knowledge of French stealing money from other people.

▮ stated French started contacting her through different phone numbers using different aliases. ▮ stated she knew it was French contacting her because he has a certain way of texting. ▮ explained this by stating that he has a certain way he would say "haha" or when texting question marks, and other ways he would text. ▮ stated she used to live in Port Saint Lucie, but moved to Fort Myers approximately 4 months ago. ▮ stated she did not tell anyone about

**ADMINISTRATIVE**

| Report Contains | | Related Report Number(s) | |
|---|---|---|---|
| Arrest and Narrative | | | |

| Officer(s) Reporting | ID Number(s) | Troop | Date |
|---|---|---|---|
| Vilsaint, Nickson | 850-0599 | | 2/28/2023 |

| Officer Reviewing (if Applicable) | ID Number | Routed To | Referred To | Assigned To | By | Date |
|---|---|---|---|---|---|---|
| Greene | 850-0339 | | | | | |

| Case Status | Exception Type | 1 Arrest  3 Unfounded | Date Cleared | Arrest Number | Number Arrested |
|---|---|---|---|---|---|
| | | 2 Exceptional | A - Adult  J - Juvenile | 0 2 2 8 2 3 | 23-0021442 | 1 |

| | | | | | Page | Page |
|---|---|---|---|---|---|---|
| Exception Type | 2 Arrest on Primary | 3 Death of Offender | 5 Prosecution Declined | OBTS Number | 3 of 15 | |
| 1 Extradition Declined | Offense Secondary Offense Without Prosecution | 4 VW Refused to Cooperate | 6 Juvenile / No Custody | | | |

## PROBABLE CAUSE STATEMENT

| | | 1 Offense | 1 | Juvenile | | 1 Original | 1 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2 Arrest | | | | 2 Supplement | |

**ADM**

| Agency ORI Number | Agency Name | Agency Report Number |
| --- | --- | --- |
| F L 0 3 6 0 1 0 0 | Fort Myers PD | 2 3 - 0 0 2 1 4 4 2 |

| Original Date Reported | Case Reference | CLERK CASE NUMBERS |
| --- | --- | --- |
| 0 2 2 8 2 3 | French, Michael Jay | 23CF014693, 23CF014693, 23CF014693 |

**NARRATIVE / CONTINUATION**

her moving beside her parents._____ stated she received a text message from French wanting her to pick up a package he sent to her. French then stated that he wants_____ to pick up the package or have someone forward it to her Fort Myers address._____ stated she got scared and did not know how French knew she moved to Fort Myers.

_____ stated she received different text messages from French including one of French stating that he was a sniper with the South Carolina Law Enforcement Division (SLED) and that her brother would not be able to protect her from him._____ stated that she received a text message from French stating from January 14 through January 31st, he was in a comma and was not in contact with her._____ stated earlier this month is when French contacted her landlord, and today French was at her front door attempting to get inside.

_____ stated today, she heard the sound of a car beeping like someone was locking a car._____ stated this sounded like it was coming from in front of her house so she looked out the window and observed a white male wearing a blue shirt carrying an unknown object in his hand walking towards her door._____ stated she and the male made eye contact and she knew it had to be French._____ stated she immediately grabbed her son _____, grabbed a diaper bag, and locked herself inside her vehicle which was located inside the garage._____ stated she immediately contacted 911 Emergency Services and was in fear for her life, not knowing what French would do._____ stated prior to going inside the garage, she could hear French playing with the handle, trying to get inside the house_____) stated Officers later arrived on scene and took custody of French.

Officer Vilsaint obtained a timeline of the event and different phone numbers involving the incident with _____ and French._____ first had contact with French on August 8, 2022, when French first supported her on tiktok._____ exchanged phone numbers with French within the same month and started helping French with his business from early November to the end of December 2022._____ was contacted by _____ on January 4, 2023. _____ made the threat to commit suicide on_____ live account on January 13, 2023. On January 22, 2023, French contacted _____ pretending to be an Eric Lutz with Greenville County EMS under phone number (864) 209-1130. January 26, 2023, is the incident involving the package in Port Saint Lucie, and January 28, 2023, is the incident involving French stating he works for SLED.

January 29, 2023, French contacted _____ pretending to be a friend of French using the alias Jackie under phone number (864) 216-1163. January 30, 2023, French contacted _____ pretending to be a nurse with Prisma Health in South Carolina under phone number (828) 440-0138. From February 1st through February 9, French pretended to be a Brian under phone numbers: (864) 202-4476, (202) 935-8798, (478) 255-0027, (478) 901-9233, (772) 800-5560, (772) 202-0769 and (772) 300-8846. On February 9, 2023, French contacted _____, pretending to be French's daughter, under the phone number (864) 918-1532. On February 10, 2023, French contacted _____, pretending to be French's ex-wife under the email address dmabbraendle@icloud.com. After _____ blocked that email address, French contacted _____ pretending to be French's ex-wife under the phone number (702) 483-7043. _____ stated after getting tired of constantly blocking phone numbers, she changed her number on February 11, 2023.

French complained of pain and was later transported to Lee Memorial Hospital for further evaluation. French was issued a trespass, and a copy was provided to _____ for her record._____ was provided with a report number for her record._____ stated that she wanted to enact Marsy's Law.

French was charged with F.S.S 784. 048(3) - Aggravated Stalking: for willfully, maliciously, and repeatedly following, harassing, and cyberstalking _____ and making a credible threat. French repeatedly contacted _____ after being blocked numerous times, found her address multiple times, and drove to her home from South Carolina with a firearm located in his vehicle. French also previously advised _____ that he was a sniper with the SLED and that _____ brother would not be able to protect her from him.

French was charged with F.S.S

| Report Contains | Related Report Number(s) |
| --- | --- |
| Arrest and Narrative | |

| Officer(s) Reporting | ID Number(s) | Troop | Date |
| --- | --- | --- | --- |
| Bryan Koski | 850-0631 | | |

| Officer Reviewing (If Applicable) | ID Number | Routed To | Referred To | Assigned To | By |
| --- | --- | --- | --- | --- | --- |
| Greene | 850-0339 | | | | |

| Case Status | | | Date Cleared | Arrest Number | Number Arrested |
| --- | --- | --- | --- | --- | --- |
| 1 Arrest  3 Unfounded | 1 | A - Adult  J - Juvenile | A | 0 2 2 8 2 3 | 23-0021442 | 1 |
| 2 Exceptional | | | | | |

| Exception Type | 2 Arrest on Primary | 3 Death of Offender | 5 Prosecution Declined | OBTS Number | Page | of |
| --- | --- | --- | --- | --- | --- | --- |
| 1 Extradition  Declined | Offense Secondary Offense  Without Prosecution | 4 VIW Refused to  Cooperate | 6 Juvenile / No Custody | | 4 | 15 |

**HSMV 60011**   **ADMINISTRATIVE**

## PROBABLE CAUSE STATEMENT

| | | 1. Offense | 1 | Juvenile | | 1. Original | 1 |
|---|---|---|---|---|---|---|---|
| | | 2. Arrest | | | | 2. Supplement | |

| ADM | Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|---|
| | F L 0 3 6 0 1 0 0 | Fort Myers PD | 2 3 - 0 0 2 1 4 4 2 |
| | Original Date Reported | Case Reference | CLERK CASE NUMBERS |
| | 0 2 2 8 2 3 | French, Michael Jay | 23CF014693, 23CF014693, 23CF014693 |

914.22(1a) - Tampering with or Harassing a Witness: for knowingly using intimidation or physical force, or threats to ▮▮▮▮, or attempts to do so, with intent to cause or induce ▮▮▮▮ to withhold testimony, or withhold a record, document, or other objects from an official investigation or official proceeding.

**DETECTIVE'S RESPONSE**

On Tuesday, February 28, 2023, Detectives Jonathan Garcia and Loussanda Jean-Baptiste received a notification from Sergeant Alesha Morel in reference to an Aggravated Stalking case located at ▮▮▮▮▮▮▮▮▮▮▮▮. Sergeant Morel provided a summary of the events and disclosed the following information.

Officers Eric Flores, David Cameron, Nickson Vilsaint, and Brandon Aristide responded to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ reported that a male subject, later identified as Michael Jay French, DOB 02/07/1983, was knocking on her door and trying to gain access into the residence by moving the door handle.

The officers responded using emergency lights and sirens and arrived shortly after receiving the emergency call. Officer Flores observed a white male, matching the description given by the Fort Myers Police Dispatch, and quickly stopped to check out with the subject.

**STATEMENT OF OFFICER E. FLORES**

On Tuesday, February 28, 2023, while assigned to marked uniformed patrol within the city limits of Fort Myers, Lee County, Florida, Officer Erik Flores was dispatched to ▮▮▮▮▮▮▮▮ in reference to a suspicious person. The caller, who was later identified as ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ stated that a white male, later identified as Michael Jay French, DOB 02/07/1983, was knocking on her door and attempting to force his way into the residence.

At this time, Officer Flores responded in emergency mode to ▮▮▮▮▮ residence.

Officer Flores and Officer David Cameron arrived on the scene and located the male attempting to leave the residence in a white Chevrolet Malibu bearing FL Tag ▮▮▮▮ Officers then made contact with French as he exited the vehicle to speak with officers.

Officer Flores then began speaking with French about the incident, and he stated he traveled from his hometown in Pendleton, South Carolina, to ▮▮▮▮ residence in Fort Myers to speak to her face to face. French wanted to talk to ▮▮▮▮ about an incident she filed against him for harassment.

Officer Flores then asked French how he was able to locate ▮▮▮▮ residence, and he stated that he had hired a private investigator to help him locate her.

Officer Flores no longer spoke French in reference to the incident.

Responding Officers developed Probable Cause to arrest French in violation of Aggravated Stalking covered under Florida State Statute § 784.048(3).

Upon conducting an inventory search of the vehicle, Officer Flores located a black Glock 19 9mm handgun inside the glove box area. Officer Flores secured the handgun.

Officer Flores later seized and submitted the firearm to the Fort Myers Police Evidence as evidence.

**STATEMENT OF OFFICER D. CAMERON**

On Tuesday, February 28, 2023, Officer Cameron of the Fort Myers Police Department responded to ▮▮▮▮▮▮▮▮▮▮ in regards to a suspicious person. It was reported that a W/M (wearing a blue and white top, and jeans) was attempting to open the door to the occupied residence. Officer Cameron and Officer Flores were the closest units to the area and responded with lights and sirens activated.

Upon arrival, Officer Flores drew Officer Cameron's attention to a white in color sedan (Chevrolet Malibu) pulling away from the residence. The vehicle stopped, and a male matching the description provided exited the driver's seat. The male was asked if he was attempting to make contact with anyone at the residence which he answered, "he was, but he didn't pry open the door, and that the caller was lying." Officer Flores remained with the male (later identified as W/M Michael French, DOB 2/7/1983) while Officer Cameron approached the residence to make contact with the caller. Officer Cameron made contact with the complainant (identified as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at her

| Report Contains | Related Report Number(s) |
|---|---|
| **Arrest and Narrative** | |

| Officer(s) Reporting | ID Number(s) | Troop | Date |
|---|---|---|---|
| Bryan Koski | 850-0631 | | |

| Officer Reviewing (If Applicable) | ID Number | Routed To | Referred To | Assigned To | By | Date |
|---|---|---|---|---|---|---|
| Greene | 850-0339 | | | | | |

| Case Status | | | | Date Cleared | Arrest Number | Number Arrested |
|---|---|---|---|---|---|---|
| 1. Arrest 2. Exceptional | 3. Unfounded | A - Adult J - Juvenile | A | 0 2 2 8 2 3 | 23-0021442 | 1 |

| Exception Type | | | | | | Page | Page |
|---|---|---|---|---|---|---|---|
| 1. Extradition Declined | 2. Arrest on Primary Offense Secondary Offense Without Prosecution | 3. Death of Offender | 4. VW Refused to Cooperate | 5. Prosecution Declined 6. Juvenile / No Custody | OBTS Number | 5 | of 15 |

## PROBABLE CAUSE STATEMENT

| ADM | Agency ORI Number | Agency Name | 1 Offense | 1 Juvenile | 1 Original |
|---|---|---|---|---|---|
| | F L 0 3 6 0 1 0 0 | Fort Myers PD | 2. Arrest 1 | | 2. Supplement 1 |

| | | | Agency Report Number |
|---|---|---|---|
| | | | 2 3 - 0 0 2 1 4 4 2 |

| Original Date Reported | Case Reference | CLERK CASE NUMBERS |
|---|---|---|
| 0 2 2 8 2 3 | French, Michael Jay | 23CF014693, 23CF014693, 23CF014693 |

garage door.▮▮▮▮ was visibly upset and rambling that the male was attempting to enter her house, and she had a small child with her. Officer Cameron calmed ▮▮▮▮ and advised her to return inside the residence to speak with him.

▮▮▮▮ stated that she is a TikTok personality, and the male used to be one of her followers. She stated that he began to make her uncomfortable by telling people they were together romantically. She since blocked him from her social media and shortly after began to receive threatening texts and messages from him. Due to the threats being made, she reached out to law enforcement and spoke with Special Agent Gene Carson of SEC, who informed her that an investigation was being launched.▮▮▮▮ stated that she had reached out to the City of Fort Myers Police Department regarding threats made (CAD#23-0010809), but she had no suspect information to provide officers with at the time.

▮▮▮▮ stated that French had reached out to her landlord asking for her address, but to her knowledge, he wasn't provided with it. She is unaware of how he located her due to her only living at this residence for approximately four months, and only her parents know the address.▮▮▮▮ added she heard a knock on the door, and when she opened a small section of the curtain to see who was there, she recognized French. She added that French looked directly at her and began to reach for the door handle and pull on it attempting to open the door,▮▮▮▮ grabbed her child and fled to her vehicle parked in the closed garage while on the phone with 911.

Due to the information provided by ▮▮▮▮, Officer Cameron notified Sgt. Morel of his findings and informed her that probable cause existed for detaining French at this time. Officer Cameron approached French, who was now standing with Ofc. Wright. Officer Cameron notified French that he was being detained, at which time he was placed in wrist restraints. Officer Cameron searched French's person for any illicit items, weapons, or other contraband. While searching his person, Officer Cameron asked French if he had any illegal items or firearms. French stated that he did have a 9mm in the vehicle, adding that it was in the glove box of the vehicle. Officer Flores entered the vehicle and located the firearm. The firearm was made safe and placed in the rear of Officer Flores's patrol vehicle. French was placed in the rear of Officer Cameron's patrol vehicle. No further questions were asked of French after being detained.

French began to utter that he was feeling ill and might pass out. He stated that his blood sugar might be low. Due to these statements, EMS was called to the scene to assess French for a medical emergency. French stated to EMS that he wished to be transported to a hospital. Officer Cameron transported French to Lee Memorial Hospital for treatment. Officer Cameron remained at the hospital with French as security until such time that he was relieved by other Officers.

This ends Officer Cameron's involvement in this matter.

**STATEMENT OF OFFICER C. WRIGHT**

On Tuesday, February 28, 2023, at approximately 4:32 pm, Officer Wright was on marked uniformed patrol in the City of Fort Myers, Lee County, Florida. Officer Wright responded to ▮▮▮▮ in reference to a suspicious person/vehicle.

Upon arrival, Officer Wright made contact with, later identified as Michael Jay French (W/M DOB 02/07/1983). During the preliminary investigation, Pre-Miranda French and Officer Wright discussed the following: French stated he lives in South Carolina. When Officer Wright asked what French was doing in Fort Myers, he stated he wanted to meet someone and to make sure it was ok with that individual if the private investigator met with them in person due to an ongoing unknown issue. French stated the private investigator has a flight tomorrow around 5:00 Pm. French also mentioned a Lawyer.

Officer Wright assisted Officer Cameron in detaining French, where French was placed in the back of the patrol vehicle. Officer Wright guarded French until French was taken to Lee Memorial Hospital.

▮▮▮▮ **STATEMENTS**

▮▮▮▮

| Report Contains | | | Related Report Number(s) | |
|---|---|---|---|---|
| **Arrest and Narrative** | | | | |
| Officer(s) Reporting | | ID Number(s) | Troop | Date |
| **Bryan Koski** | | 850-0631 | | |
| Officer Reviewing (If Applicable) | ID Number | Routed To | Referred To | Assigned To | By | Date |
| **Greene** | 850-0339 | | | | | |

| Case Status | 1 Arrest 3 Unfounded | A - Adult | Date Cleared | Arrest Number | Number Arrested |
|---|---|---|---|---|---|
| | 2 Exceptional 1 | 3 - Juvenile A | 0 2 2 8 2 3 | 23-0021442 | 1 |

| Exception Type | 2 Arrest on Primary | 3 Death of Offender | 5 Prosecution Declined | OBTS Number | Page | of |
|---|---|---|---|---|---|---|
| 1 Extradition Declined | Offense Secondary Offense Without Prosecution | 4 V/W Refused to Cooperate | 6 Juvenile No Custody | | 6 | 15 |

# PROBABLE CAUSE STATEMENT

| | | 1. Offense | 1 | Juvenile | | 1. Original | 1 |
|---|---|---|---|---|---|---|---|
| | | 2. Arrest | | | | 2. Supplement | |

| **Agency ORI Number** F L 0 3 6 0 1 0 0 | **Agency Name** Fort Myers PD | **Agency Report Number** 2 3 - 0 0 2 1 4 4 2 |
|---|---|---|
| **Original Date Reported** 0 2 2 8 2 3 | **Case Reference** French, Michael Jay | **CLERK CASE NUMBERS** 23CF014693, 23CF014693, 23CF014693 |

stated that she was a former ███████ and managed several ███████ After leaving ███████ she became a TikTok creator.

Circa August 2022,███████ met Michael French after he became a financial contributor to her account. ███████ stated that French was known to contribute significant amounts of money to her and other TikTok creators.

After knowing French for a few months, French contacted ███████ and asked her to join his Money Just Flows (MJF) business. ███████ joined French's business as an advisor and met online three times to discuss the business. French continued to contribute to ███████ account.

Circa January 22, 2023, ███████ received a phone call from ███████ informed ███████ that she had received a subpoena in reference to an active U.S. Securities and Exchange Commission (SEC) investigation, in which French was listed as the suspect of fraud.███████ also informed ███████ that as his employee, she never did anything business-related; instead, she only walked his dog and performed other minute tasks for payment.

After receiving this information, ███████ informed French that she was no longer interested in working with him and blocked his phone number. After blocking him, French threatened to hurt himself if ███████ refused to talk to him. ███████ also stated that French attempted to manipulate her into talking to him by using multiple other phone numbers and identifying him as a different person.

███████ stated that she continued receiving multiple threats from French, who texted ███████ telling her that he worked for the South Carolina Law Enforcement Division (SLED), where he was a sniper, and informed her that he had killed people. This information caused ███████ to believe that French was threatening her and that he would shoot her.

███████ brother is a law enforcement officer, and French was aware of ███████ brother's position. In one particular text exchange, French texted ███████ and told her he respected ███████ brother because he is also a Law Enforcement Officer. ███████ stated that she has spoken about her life through social media, which is how French knew of her brother's employment.

███████ stated that she recently moved to Fort Myers, and no one knows her address.███████ has her driver's license address listed as ███████

███████ stated that she received a message from French informing her of a package he sent her, which arrived at a P.O. Box in Port St. Lucie. French told ███████ to get the package or to have them send it to her Fort Myers address. This information causes ███████ to become concerned for her safety since no one should know that she resides in Fort Myers, ███████ contacted the Fort Myers Police to report the incident.

Due to the constant phone calls, on February 18, 2023,███████ was forced to change her number, and all communication with French stopped.

On Friday, February 24, 2023,███████ received a call from her current landlord, and she informed ███████ that she received a call from a male asking if she was renting her house to ███████ received the phone number provided by her landlord and discovered that the 404-777-4653 number was French's phone number.

On Tuesday, February 28, 2023,███████ was sitting in her living room when she heard a vehicle's horn.███████ walked up to the front door, and through the window, she observed French walking up to the door. French was observed holding something black in his hand, but ███████ could not identify the item.

███████ quickly called the Fort Myers Police, grabbed her son, carried him into the garage, where she entered her vehicle, and stated that she was ready to ram the garage door, fearing that French would hurt her and her child.

| **Report Contains** Arrest and Narrative | | | | | | **Related Report Number(s)** | | |
|---|---|---|---|---|---|---|---|---|
| **Officer(s) Reporting** Bryan Koski | | | | **ID Number(s)** 850-0631 | | **Troop** | | **Date** |
| **Officer Reviewing (If Applicable)** Greene | | **ID Number** 850-0339 | **Routed To** | **Referred To** | **Assigned To** | | **By** | **Date** |
| **Case Status** | 1 Arrest  2 Exceptional | 3 Unfounded | A - Adult  J - Juvenile | A | **Date Cleared** 0 2 2 8 2 3 | **Arrest Number** 23-0021442 | | **Number Arrested** 1 |

| **Exception Type** 1 Extradition Declined | 2 Arrest on Primary Offense Secondary Offense Without Prosecution | 3 Death of Offender 4 V/W Refused to Cooperate | 5 Prosecution Declined 6 Juvenile / No Custody | **OBTS Number** | **Page** 7 | **of** | **Page** 15 |
|---|---|---|---|---|---|---|---|

## PROBABLE CAUSE STATEMENT

| | Agency ORI Number | | | | | | | | | | | Agency Name | 1. Offense | 1 | Juvenile | | 1. Original | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ADM**

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| F L 0 3 6 0 1 0 0 | Fort Myers PD | 2 3 - 0 0 2 1 4 4 2 |

| Original Date Reported | Case Reference | CLERK CASE NUMBERS |
|---|---|---|
| 0 2 2 8 2 3 | French, Michael Jay | 23CF014693, 23CF014693, 23CF014693 |

1. Offense 2. Arrest: **1**  |  Juvenile  |  1. Original 2. Supplement: **1**

_____ stated that French tried to open the door using the door handle. French never made entry into the residence.

**INVESTIGATIVE ACTIONS**

Fren was place under arrest for the criminal violation of Aggavated Stalking. Once under arrest, Officer Cameron discovered inside French's wallet, a Hilton Honors hotel key card. Officer Cameron provided Detective Garcia with the information, which he relayed to Fort Myers Police Dispatch.

Fort Myers Police Communication Officer Amanda McCoy contacted Hilton and was informed French was lodging at the Hampton Inn & Suites Colonial, located at 4350 Executive Circle, Fort Myers, Florida. Communication officer contacted the Hampton Inn & Suites, who informed her that French was lodging at the location and his room was number 304. Communication Officer McCoy dispatched Fort Myers Officer to the Hotel to scured the room pending a search warrant.

**SEARCH WARRANT, HAMPTON INN & SUITES**

On March 1, 2023, at approximately 12:00 AM, Detective Jonathan Garcia served Search Warrant #59191, signed and approved by Honorable Bruce E. Kyle, Judge of the Twentieth Judicial Circuit, in and for Lee County, Florida.

Multiple items were recovered, including a second firearm, magazines loaded with ammonunition, additional forged FBI documents, notary stamps, and various electronic devices.

The items were submitted to the Fort Myers Police evidence vault as evidence. Please review the property receipt to obtain a total list of items siezed and recovered.

Additionally, the keys to a GMC vehicle were recovered.

**STATEMENT OF OFFICER C. TARMAN**

On Tuesday, February 28th, 2023, at approximately 11:30 PM, while on marked uniform patrol in the City of Fort Myers, Lee County, Florida, Officer Tarman was dispatched to a Suspicious Person located at ████████████. It is important to note that Officer Tarman was relieving officers at 4350 Executive Circle, Room 304. Officers were securing a hotel room pending a search warrant.

Upon the arrival of Detective Garcia with the search warrant, Officer Tarman and Sergeant Moussa made entry into the room, clearing the room of any potential threats. Officer Tarman assisted Detective Garcia with conducting the search warrant of the room (see evidence submission from Detective Garcia regarding items seized).

Officer Tarman completed the tow log for a 2023 GMC Sierra (SC Tag: ████). The truck was towed by Alligator Towing to the Fort Myers Police Department secure compound pending a search warrant.

This event was captured by Officer Tarman's body-worn camera.

This concludes Officer Tarman's involvement.

**IMPORTANT NOTE**

French is currently the subject of an SEC fraud investigation, Case #23-ENF-0009-P. Detective Garcia contacted Special Agent (SA) Gene Carson currelty assigned to the investigation, who informed Detective Garcia that Chaparro is a witness to his investigation, and French may have been trying to tamper with the witness.

French does not reside within the City of Fort Myers and traveled from South Carolina with the intent to stalk ██████████. In the process, French was armed with a handgun).

**CONCLUSION**

Based on the statements obtained and evidence recovered, Detective Garcia developed sufficient probable cause to find Michael Jay French, DOB 02/07/1983, in violation of the following:

| Report Contains | | Related Report Number(s) | | |
|---|---|---|---|---|
| **Arrest and Narrative** | | | | |
| Officer(s) Reporting **Bryan Koski** | ID Number(s) **850-0631** | Troop | | Date |
| Officer Reviewing (If Applicable) **Greene** | ID Number **850-0339** | Routed To | Referred To | Assigned To | By | Date |

| Case Status | 1. Arrest  3. Unfounded | A - Adult | Date Cleared | Arrest Number | Number Arrested |
|---|---|---|---|---|---|
| | 2. Exceptional    **1** | J - Juvenile  **A** | 0 2 2 8 2 3 | 23-0021442 | **1** |

| Exception Type 1. Extradition Declined | 2. Arrest on Primary Offense Secondary Offense Without Prosecution | 3. Death of Offender 4. V/W Refused to Cooperate | 5. Prosecution Declined 6. Juvenile / No Custody | OBTS Number | Page **8** of Page **15** |
|---|---|---|---|---|---|

**HSMV 60011**  **ADMINISTRATIVE**  **NARRATIVE / CONTINUATION**

# PROBABLE CAUSE STATEMENT

| ADM | Agency ORI Number F L 0 3 6 0 1 0 0 | Agency Name Fort Myers PD | | Agency Report Number 2 3 - 0 0 2 1 4 4 2 | 1 Offense 1 | Juvenile | 1 Original 1 |
|---|---|---|---|---|---|---|---|
| | | | | | 2. Arrest | | 2. Supplement |

| Original Date Reported 0 2 2 8 2 3 | Case Reference French, Michael Jay | CLERK CASE NUMBERS 23CF014693, 23CF014693, 23CF014693 |
|---|---|---|

| | |
|---|---|
| NARRATIVE / CONTINUATION | AGGRAVATED STALKING – FOLLOW HARASS CYBERSTALK CRED THREAT TO A PERSON \| 784.048 (3)

(Michael Jay French) willfully, maliciously, and repeatedly [cyberstalked] (▮▮▮▮▮▮▮▮); and

(Michael Jay French) made multiple credible threats to ▮▮▮▮▮▮▮

"Credible threat" means a verbal or nonverbal threat, or a combination of the two, including threats delivered by electronic communication or implied by a pattern of conduct, which places the person who is the target of the threat in reasonable fear for his or her safety or the safety of his or her family members or individuals closely associated with the person, and which is made with the apparent ability to carry out the threat to cause such harm.

It is not necessary for the State to prove that the person making the threat had the actual intent to carry out the threat.

INTIMIDATION - WRITTEN/ELEC THREAT TO KILL BODILY HARM ANOTHER \| 836.10(2a)

(Michael Jay French) made a threat to [do bodily harm to ▮▮▮▮▮▮▮▮] via text messages, after French advised ▮▮▮▮▮▮, that he is a sniper and that her brother, a Law Enforcement Officer, would not be able to protect her.

(Michael Jay French) [sent] the written threats.

(Michael Jay French) did so in a manner in which it was viewed as a treat by ▮▮▮▮▮▮▮▮▮▮

TAMPERING WITH A [WITNESS] [VICTIM] [INFORMANT] \| § 914.22(1), Fla. Stat

(Michael Jay French) knowingly threatened or attempted to threaten ▮▮▮▮▮▮▮▮.

(Michael Jay French) did so, with intent to cause or induce ▮▮▮▮▮▮▮▮) to withhold testimony from an official investigation or official proceeding.

The official investigation involved the investigation or prosecution of a federal criminal investigation.

FORGERY — UTTERING \| § 831.02, Fla. Stat.

(Michael Jay French) attempted to pass as true FBI documents he created himself.

(Michael Jay French) knew the documents to be [false].

(Michael Jay French) intended to injure or defraud ▮▮▮▮▮▮▮▮ with false FBI reports.

The statements recorded in this report have been paraphrased for this report. Refer to the officer's body camera and digital audio-recorded statements for more detailed accounts. This report will continue to be updated if new investigative leads are received.

On Wednesday, March 1, 2023, at approximately 3:38 P.M., Officer Koski transported Michael French to the Lee County Jail for booking and lodging following being medically cleared at Lee Memorial Hospital. |

| Report Contains Arrest and Narrative | | | | | Related Report Number(s) | | |
|---|---|---|---|---|---|---|---|

| | Officer(s) Reporting Bryan Koski | | | ID Number(s) 850-0631 | | Troop | | Date |
|---|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Officer Reviewing (If Applicable) Greene | | ID Number 850-0339 | Routed To | Referred To | Assigned To | By | Date |
| HSMV 60011 | Case Status | 1 Arrest 2 Exceptional | 3 Unfounded 1 | A - Adult J - Juvenile A | Date Cleared 0 2 2 8 2 3 | Arrest Number 23-0021442 | | Number Arrested 1 |
| | Exception Type 1 Extradition Declined | 2 Arrest on Primary Offense Secondary Offense Without Prosecution | 3 Death of Offender 4 V/W Refused to Cooperate | | 5 Prosecution Declined 6 Juvenile / No Custody | OBTS Number | | Page 9 of Page 15 |

CLERK CASE   23CF014693, 23CF014693, 23CF014693

| | NAME (Last) | (First) | (Middle) | RACE | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|---|
| **NOTICE TO APPEAR WITNESSES** | | | | | | |
| | BUSINESS (Name and Address) | (City) | (State) | (Zip) | (Phone) | |
| | SYNOPSIS OF TESTIMONY | | | | | |
| | NAME (Last) | (First) | (Middle) | RACE | SEX | DATE OF BIRTH |
| | HOME ADDRESS (Street, Apt  Number) | (City) | (State) | (Zip) | (Phone) | |
| | BUSINESS (Name and Address) | (City) | (State) | (Zip) | (Phone) | |
| | SYNOPSIS OF TESTIMONY | | | | | |

**DEFENDANT**

| MARITAL STATUS | NO  DEPENDENTS | LENGTH IN COUNTY | PROPERTY OWNER | ADDRESS OF PROPERTY |
|---|---|---|---|---|

PLACE OF EMPLOYMENT (Name / Address) — LENGTH OF EMPLOYMENT — IF LESS THAN TWO YEARS LIST PREVIOUS — YEARS   MONTHS

PREVIOUS EMPLOYMENT (Name / Address) — ANNUAL INCOME — ☐ 10,000-15,000  ☐ 20,000-30,000  ☐ Below $10,000  ☐ 15,000-20,000  ☐ Above 30,000

**ADVISORY AND SOLVENCY HEARING**

THE DEFENDANT NAMED ON THE ARREST / NOTICE TO APPEAR PAGE OF THIS DOCUMENT CAME BEFORE ME FOR ADVISORY AND SOLVENCY HEARING ON THE _____ DAY OF _____ , 20_____ AT _____ AM/PM, AND WAS ADVISED BY ME OF THE CHARGE AGAINST HIM, HIS RIGHT TO REMAIN SILENT, THAT ANY STATEMENT BY HIM MAY BE USED AGAINST HIM, HIS RIGHT TO COUNSEL, AND, IF HE IS FINANCIALLY UNABLE TO AFFORD COUNSEL, THAT COUNSEL FORTHWITH WILL BE APPOINTED, OF HIS RIGHT TO COMMUNICATE WITH HIS COUNSEL, FAMILY OR FRIENDS, AND THAT REASONABLE IMPLEMENTATION WILL BE AFFORDED HIM TO CONTACT THE FOREGOING

I FURTHER CERTIFY THAT

☐ DEFENDANT HAS ADVISED THE COURT THAT HE HAS RETAINED COUNSEL, OR WILL RETAIN COUNSEL

☐ THE DEFENDANT WAIVED THE RIGHT TO COUNSEL AT THE FIRST APPEARANCE ONLY

☐ THE COURT INVESTIGATED DEFENDANT'S SOLVENCY AND FOUND THE DEFENDANT SOLVENT AND FINANCIALLY ABLE TO SECURE COUNSEL

☐ THE COURT REVIEWED THIS ADVISORY AND FINDS THERE IS NOT PROBABLE CAUSE TO HOLD AND BIND OVER THE DEFENDANT FOR TRIAL

☐ THE COURT INVESTIGATED DEFENDANT'S SOLVENCY AND APPOINTED THE PUBLIC DEFENDER TO REPRESENT DEFENDANT

☐ THE PROBABLE CAUSE DETERMINATION IS HEREBY PASSED 72 HOURS

☐ ORDER OF NO IMPRISONMENT (ONI)

BOND ACTION TAKEN, IF ANY                    JUDGE

☐ I HAVING BEEN FOUND SOLVENT AND FINANCIALLY ABLE TO SECURE COUNSEL, HEREBY WAIVE COUNSEL UNTIL MY ATTORNEY FILES AN APPEARANCE IN THIS CASE OR UNTIL I FILE A WRITTEN REQUEST FOR A REVIEW OF MY SOLVENCY AND ABILITY TO SECURE COUNSEL

☐ I HEREBY WAIVE THE RIGHT TO COUNSEL AT THE FIRST APPEARANCE ONLY  DEFENDANT'S SIGNATURE _____

☐ I HEREBY ACKNOWLEDGE RECEIPT OF A COPY OF THE FOREGOING COMPLAINT AND ADVISORY

DEFENDANT'S SIGNATURE                    DEFENDANT'S ATTORNEY'S SIGNATURE

**WAIVER**

I HAVE BEEN ADVISED OF MY RIGHT TO A PRELIMINARY HEARING IN CASE NUMBER(S) _____ IN WHICH I AM THE DEFENDANT, AND I DESIRE TO WAIVE AND DO HEREBY WAIVE MY RIGHT TO SUCH PRELIMINARY HEARING CONCERNING ALL OF THE CHARGES AGAINST ME IN SAID CASE(S)

DEFENDANT'S SIGNATURE

**FIRST APPEARANCE**

CASE NUMBER _____ ARRAIGNMENT, JUDGMENT, SENTENCE, AND ORDER

SAID DEFENDANT WAS ARRAIGNED FOR TRIAL ON _____ AND ENTERED A PLEA OF _____ GUILTY TO THE CHARGE AS SET FORTH HEREIN

AFTER HEARING THE EVIDENCE AND DULY CONSIDERING THE SAME, THE COURT FINDS YOU THE DEFENDANT, _____ GUILTY OF SAID CHARGE, AND IT IS

ORDERED AND ADJUDGED THAT YOU, THE DEFENDANT, ARE _____ GUILTY AS CHARGED OF SAID OFFENSE AS SET FORTH HEREIN

IT IS, THEREFORE, THE JUDGMENT ORDER, AND SENTENCE OF THE COURT THAT YOU, THE DEFENDANT, BE IMPRISONED IN THE COUNTY JAIL OF _____

COUNTY FLORIDA, FOR THE TERM OF _____ DAYS, AND PAY A FINE OF $ _____ AND $ _____ THE COST HEREIN, AND IN DEFAULT OF SUCH

PAYMENT THAT YOU THE DEFENDANT, STAND COMMITTED TO THE COUNTY OF _____ COUNTY, FLORIDA, FOR A TERM OF _____ DAYS

DONE, ORDERED, AND ADJUDGED IN OPEN COURT AT _____ COUNTY, FLORIDA, ON _____

JUDGE _____ , COUNTY COURT IN AND FOR _____ COUNTY, FLORIDA

**ACTION / OTHER ORDERS**

| CHARGE | ACTION | DATE |
|---|---|---|

BOND AMOUNT $ 50000.00                    CASH / SURETY RECEIPT NUMBER _____

ESTREATED BY (JUDGE)                    DATE

# VEHICLE / PROPERTY REPORT

1 Original
2 Supplement    | 1

**Agency ORI Number** F L 0 3 6 0 1 0 0

**Agency Name** Fort Myers PD

**Agency Report Number** 2 3 - 0 0 2 1 4 4 2

**Original Date Reported** | **Case Reference**

## CODES

**Person Code**
V-Victim    R-Recovered
S-Suspect    Missing
M-Missing    Z-Other
A-Arrestee
E-Escapee

**Status Code**
1 Stolen    5 Impounded
2 Recovered    6 Abandoned
3 Stolen and    7 Fail Return
Recovered    8 Seized
4 Suspicious    9 Other

**Damage Code**
0 N/A    4 Stripped / Theft
1 Arson    From
2 Criminal Mischief    9 Other
3 During Other
Offense

**Type**
1 Auto    6 Trailer
2 Truck / Van    7 Boat
3 Motorcycle    8 Aircraft
4 Camper / RV    9 Other
5 Bus

**Recovery Location**
1 Family Residence    5 Park / Playground
2 Apt. Complex    6 Shopping Mall
3 Housing Project    7 Woods
4 Commercial /    8 Water
Industrial    9 Other

**Recovery Code**
Stolen / Recovered
1 Local / Local
2 Local / Other
3 Other / Local

## VEHICLE / VESSEL

| Person Code # | Veh # | Status | Damage | Type | Year | Make | Model | Style |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 2023 | Chevrolet | | |

| Tag Reg / Doc # | Reg State FL | Reg Year | Decal Number | Tag Type |
|---|---|---|---|---|

**Vin / Hull / FAA** 1 G 1 Z D 5 S T 8 P F 1 2 2 6 4 0

**Estimated Value** $ | 00

**Condition** ☐1 Window Closed ☐3 Keys in Ignition ☐2 Locked

**Insurance Company**

**Lien Holder**

**Color (Top / Bottom)** WHI

**Description (Identifying Characteristics, Noticeable Damage, Interior Color, Etc )**

**Vessel Name** | **Length** | **Hull Material** | **Propulsion** | **Boat Type**

**Recovery Address / Geographic Indicator** | **Date Recovered** | **Value Recovered** $ | 00

**Recovery Loc** | **Recovery Code** | **Original Reporting Agency** | **Report Number** | **Hold** Y-Yes N-No | **Reason / Authority**

## THEFT

**Method of Theft**
☐0 N/A    ☐2 Tow Truck    ☐4 Steering    ☐6 Ignition Punch
☐1 Keys    ☐3 Hot Wire    Column    ☐8 Unknown

**Components Stripped**
☐0 N/A    ☐1 VIN Plate    ☐3 Tires / Wheels    ☐4 Battery    ☐6 Transmission    ☐8 Major Body Parts    ☐10 Other-Specify
☐2 Radio / CB.    ☐5 Interior    ☐7 Engine Parts    ☐9 Tag / Decal Stolen

**Towed By** | **Storage Location** | **FCIC / NCIC**

## CODES

**Type of Theft**
00 N/A    02 Robbery    04 Pocket Picking    06 Embezzlement    08 From Public    09 From Vehicle    11 By Computer    99 Other
01 Burglary    03 Shoplifting    05 Purse Snatching    07 From Coin Oper. Machine    Access Bldg    10 Extortion    12 Fraud

**Person Code**
V-Victim    P-Proprietor
S-Suspect    A-Arrestee
Z-Other

**Status Code**
3 Stolen and Recovered    5 Lost    8 Evidence / Seized
4 Recovered for Other    6 Found    9 Other
Jurisdiction    7 Safekeeping

**Damage Code**
0 N/A    2 Criminal Mischief
1 Arson    3 During Other Offense
9 Other

**Property Type**
A Auto Accessory / Part    F Food / Liquor / Consumable    K Clothing / Fur    P Art / Collection    U Currency / Negotiable    Z Miscellaneous
B Bicycle    G Gun    L Livestock    Q Computer Equipment    V Credit Card / Non-Negotiable
C Camera / Photo Equipment    H Household Appliance / Goods    M Musical Instrument    R Radio / Stereo    W Boat Motor
D Drug    I Plant / Citrus    N Construction Machinery    S Sports Equipment    X Structure
E Equipment / Tool    J Jewelry / Precious Metal    O Office Equipment    T TV / Video / VCR    Y Farm Equipment

## PROPERTY

| Person Code # | Item # | Status | Damage | Property Type | Quantity | Name | Brand | Model Name / Number |
|---|---|---|---|---|---|---|---|---|

**Serial Number** | **Owner Applied Number** | **Description (Size, Color, Caliber, Barrel Length, Etc )**

**Value** $ | **Value Recovered** $ | **Date Recovered** | **FCIC / NCIC**

| Person Code # | Item # | Status | Damage | Property Type | Quantity | Name | Brand | Model Name / Number |
|---|---|---|---|---|---|---|---|---|

**Serial Number** | **Owner Applied Number** | **Description (Size, Color, Caliber, Barrel Length, Etc.)**

**Value** $ | **Value Recovered** $ | **Date Recovered** | **FCIC / NCIC**

| Person Code # | Item # | Status | Damage | Property Type | Quantity | Name | Brand | Model Name / Number |
|---|---|---|---|---|---|---|---|---|

**Serial Number** | **Owner Applied Number** | **Description (Size, Color, Caliber, Barrel Length, Etc )**

**Value** $ | **Value Recovered** $ | **Date Recovered** | **FCIC / NCIC**

## CODES

**Activity**
P Possess    D Deliver    Z Other
S Sell    E Use
B Buy    K Dispense / Distribute
T Traffic    M Manufacture / Produce /
R Smuggle    Cultivate

**Type**
A Amphetmine    M Marijuana    U Unknown
B Barbaturate    O Opium / Derivative    Z Other
C Cocaine    P Paraphernalia /
E Heroin    Equipment
H Hallucinogen    S Synthetic

**Unit**
1 Gram    6 Ton
2 Milligram    7 Liter
3 Kilogram    8 Milliliter
4 Ounce    9 Dose Unit/Item
5 Pound

## DRUGS

| Activity | Type | Description | Quantity | Unit | Estimated Street Value |
|---|---|---|---|---|---|
| | | | | | $ | 00 |
| | | | | | $ | 00 |
| | | | | | $ | 00 |

## PROPERTY DETAILED

## ADMINISTRATIVE

**Officer(s) Reporting** | **ID Number(s)** | **Troop** | **Date**

**Officer Reviewing (If Applicable)** Greene | **ID Number** 850-0339 | **Routed To** | **Referred To** | **Assigned To** | **By** | **Date**

**Page** 12 **of** **Page** 15

DEFENDANT NAME  French, Michael Jay                                                    DATE OF ARREST  12/28/2023

CLERK CASE  23CF014693, 23CF014693, 23CF014693

## VEHICLE / PROPERTY REPORT

1 Original
2 Supplement   **1**

**Agency ORI Number:** F L 0 3 6 0 1 0 0

**Agency Name:** Fort Myers PD

**Agency Report Number:** 2 3 - 0 0 2 1 4 4 2

### CODES

| Person Code | Status Code | Damage Code | Type | Recovery Location | Recovery Code |
|---|---|---|---|---|---|
| V-Victim  R-Recovered | 1 Stolen  5 Impounded | 0 N/A  4 Stripped / Theft | 1 Auto  6 Trailer | 1 Family Residence  5 Park / Playground | Stolen / Recovered |
| S-Suspect  Missing | 2 Recovered  6 Abandoned | 1 Arson  From | 2 Truck / Van  7 Boat | 2 Apt. Complex  6 Shopping Mall | |
| M-Missing  Z-Other | 3 Stolen and  7 Fail Return | 2 Criminal Mischief  9 Other | 3 Motorcycle  8 Aircraft | 3 Housing Project  7 Woods | 1 Local / Local |
| A-Arrestee |   Recovered  8 Seized | 3 During Other | 4 Camper / RV  9 Other | 4 Commercial /  8 Water | 2 Local / Other |
| E-Escapee | 4 Suspicious  9 Other |   Offense | 5 Bus |   Industrial  9 Other | 3 Other / Local |

**Person Code #** | **Veh #** 2 | **Status** | **Damage** | **Type** | **Year** 2023 | **Make** Chevrolet | **Model** | **Style**

### VEHICLE / VESSEL

**Tag Reg / Dec #** | **Reg State** FL | **Reg Year** | **Decal Number** | **Tag Type**

**VIN / Hull / FAA:** 1 G 1 Z D 5 S T 8 P F 1 2 2 6 4 0      **Estimated Value** | 00

**Condition:** ☐1 Window Closed  ☐3 Keys in Ignition  ☐2 Locked      **Insurance Company**      **Lien Holder**

**Color (Top / Bottom)** WHI      **Description (Identifying Characteristics, Noticeable Damage, Interior Color, Etc )**

**Vessel Name** | **Length** | **Hull Material** | **Propulsion** | **Boat Type**

**Recovery Address / Geographic Indicator** | **Date Recovered** | **Value Recovered** $ | 00

**Recovery Loc** | **Recovery Code** | **Original Reporting Agency** | **Report Number** | **Hold** Y-Yes N-No | **Reason / Authority**

### THEFT

**Method of Theft:** ☐0 N/A  ☐2 Tow Truck  ☐4 Steering Column  ☐5 Ignition Punch  ☐7 Tires / Wheels  ☐4 Battery  ☐6 Transmission  ☐8 Major Body Parts  ☐10 Other-Specify
☐1 Keys  ☐3 Hot Wire  ☐6. Unknown  ☐1 VIN Plate  ☐3 Radio / CB  ☐5 Interior  ☐7. Engine Parts  ☐9. Tag / Decal Stolen

**Components Stripped:** ☐0 N/A

**Towed By** | **Storage Location** | **FCIC / NCIC**

**Type of Theft:**
00 N/A    02 Robbery    04 Pocket Picking    06 Embezzlement    08 From Public    09 From Vehicle    11 By Computer    99 Other
01 Burglary    03 Shoplifting    05 Purse Snatching    07 From Con Oper Machine    Access Bldg    10 Extortion    12 Fraud

### CODES

| Person Code | Status Code | | Damage Code |
|---|---|---|---|
| V-Victim  P-Proprietor | 1 Stolen  3 Stolen and Recovered | 5 Lost  8 Evidence / Seized | 0 N/A  2 Criminal Mischief |
| S-Suspect  A-Arrestee | 2 Recovered  4 Recovered for Other | 6 Found  9 Other | 1 Arson  3 During other Offense |
|   Z-Other |   Jurisdiction | 7 Safekeeping | 9 Other |

**Property Type:**
A. Auto Accessory / Part    F Food / Liquor / Consumable    K Clothing / Fur    P Art / Collection    U Currency / Negotiable    X Miscellaneous
B Bicycle    G Gun    L Livestock    Q Computer Equipment    V Credit Card / Non-Negotiable
C Camera / Photo Equipment    H Household Appliance / Goods    M Musical Instrument    R Radio / Stereo    W Boat Motor
D Drug    I Plant / Citrus    N Construction Machinery    S Sports Equipment    X Structure
E Equipment / Tool    J Jewelry / Precious Metal    O Office Equipment    T TV / Video / VCR    Y Farm Equipment

### PROPERTY

**Person Code #** | **Item #** | **Status** | **Damage** | **Property Type** | **Quantity** | **Name** | **Brand** | **Model Name / Number**

**Serial Number** | **Owner Applied Number** | **Description (Size, Color, Caliber, Barrel Length, Etc )**

**Value** $ | **Value Recovered** $ | **Date Recovered** | **FCIC / NCIC**

### PROPERTY

**Person Code #** | **Item #** | **Status** | **Damage** | **Property Type** | **Quantity** | **Name** | **Brand** | **Model Name / Number**

**Serial Number** | **Owner Applied Number** | **Description (Size, Color, Caliber, Barrel Length, Etc.)**

**Value** $ | **Value Recovered** $ | **Date Recovered** | **FCIC / NCIC**

### PROPERTY

**Person Code #** | **Item #** | **Status** | **Damage** | **Property Type** | **Quantity** | **Name** | **Brand** | **Model Name / Number**

**Serial Number** | **Owner Applied Number** | **Description (Size, Color, Caliber, Barrel Length, Etc )**

**Value** $ | **Value Recovered** $ | **Date Recovered** | **FCIC / NCIC**

### CODES

**Activity:**
P Possess    D Deliver    Z Other
S Sell    E Use
B Buy    K Dispense / Distribute
T Traffic    M Manufacture / Produce /
R Smuggle    Cultivate

**Type:**
A Amphetamine    M Marijuana    U Unknown
B Barbiturate    O Opium / Derivative    Z Other
C Cocaine    P Paraphernalia /
E Heroin    Equipment
H Hallucinogen    S Synthetic

**Unit:**
1 Gram    6 Ton
2 Milligram    7 Liter
3 Kilogram    8 Milliliter
4 Ounce    9 Dose Unit/Item
5 Pound

### DRUGS

**Activity** | **Type** | **Description** | **Quantity** | **Unit** | **Estimated Street Value** $ | 00

**Activity** | **Type** | **Description** | **Quantity** | **Unit** | **Estimated Street Value** $ | 00

**Activity** | **Type** | **Description** | **Quantity** | **Unit** | **Estimated Street Value** $ | 00

### PROPERTY DETAILED

### ADMINISTRATIVE

**Officer(s) Reporting** | **ID Number(s)** | **Troop** | **Date**

**Officer Reviewing (if Applicable)** Greene | **ID Number** 850-0339 | **Routed To** | **Referred To** | **Assigned To** | **By** | **Date**

**Page** 13 **of** 15

DEFENDANT NAME: French, Michael Jay

CLERK CASE: 23CF014693, 23CF014693, 23CF014693

# VEHICLE / PROPERTY REPORT

| | 1 Original |
|---|---|
| | 2 Supplement: 1 |

**ADM**

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| F L 0 3 6 0 1 0 0 | Fort Myers PD | 2 3 - 0 0 2 1 4 4 2 |

| Original Date Reported | Case Reference |
|---|---|

**CODES**

| Person Code | Status Code | Damage Code | Type | Recovery Location | Recovery Code |
|---|---|---|---|---|---|
| V-Victim   R-Recovered | 1 Stolen   5 Impounded | 0 N/A   4 Stripped / Theft | 1 Auto   6 Trailer | 1 Family Residence   5 Park / Playground | Stolen / Recovered |
| S-Suspect   Missing | 2 Recovered   6 Abandoned | 1 Arson   From | 2 Truck / Van   7 Boat | 2 Apt. Complex   6 Shopping Mall | |
| M-Missing   Z-Other | 3 Stolen and   7 Fail Return | 2 Criminal Mischief   8 Other | 3 Motorcycle   8 Aircraft | 3 Housing Project   7 Woods | 1 Local / Local |
| A-Arrestee | Recovered   8 Seized | 3 During Other | 4 Camper / RV   9 Other | 4 Commercial /   8 Water | 2 Local / Other |
| E-Escapee | 4 Suspicious   9 Other | Offense | 5 Bus | Industrial   9 Other | 3 Other / Local |

**VEHICLE / VESSEL**

| Person Code # | Veh # | Status | Damage | Type | Year | Make | Model | Style |
|---|---|---|---|---|---|---|---|---|
| 3 | | | | | 2023 | GMC | | |

| Tag Reg / Dec # | Reg State | Reg Year | Decal Number | Tag Type |
|---|---|---|---|---|
| | SC | | | |

| Vin / Hull / FAA | | Estimated Value |
|---|---|---|
| 1 G T 4 9 P E Y 4 P F 1 8 6 2 1 3 | | $ ___ 00 |

| Condition | Insurance Company | Lien Holder |
|---|---|---|
| 1 Window Closed   3 Keys in Ignition | | |
| 2 Locked | | |

| Color (Top / Bottom) | Description (Identifying Characteristics, Noticeable Damage, Interior Color, Etc ) |
|---|---|
| BLK | |

| Vessel Name | Length | Hull Material | Propulsion | Boat Type |
|---|---|---|---|---|

| Recovery Address / Geographic Indicator | | Date Recovered | Value Recovered |
|---|---|---|---|
| | | | $ ___ 00 |

| Recovery Loc | Recovery Code | Original Reporting Agency | Report Number | Hold Y-Yes N-No | Reason / Authority |
|---|---|---|---|---|---|

| Method of Theft | Components Stripped | | |
|---|---|---|---|
| 0 N/A   2 Tow Truck   4 Steering   5 Ignition Punch | 0 N/A   3 Tires / Wheels   4 Battery   6 Transmission   8 Major Body Parts   10 Other-Specify | | |
| 1 Keys   3 Hot Wire   Column   8 Unknown | 1 VIN Plate   3 Radio / CB   5 Interior   7 Engine Parts   9 Tag / Decal Stolen | | |

| Towed By | Storage Number | FCIC / NCIC |
|---|---|---|

**THEFT**

| Type of Theft | | | | | |
|---|---|---|---|---|---|
| 00 N/A   02 Robbery | 04 Pocket Picking | 06 Embezzlement | 08 From Public | 09 From Vehicle | 11 By Computer   99 Other |
| 01 Burglary   03 Shoplifting | 05 Purse Snatching | 07 From Con Oper. Machine | Access Bldg. | 10 Extortion | 12 Fraud |

**CODES**

| Person Code | Status Code | | Damage Code |
|---|---|---|---|
| V-Victim   P-Proprietor | 3 Stolen and Recovered | 5 Lost   8 Evidence / Seized | 0 N/A   2 Criminal Mischief |
| S-Suspect   A-Arrestee | 4 Recovered for Other | 6 Found   9 Other | 1 Arson   3 During Other Offense |
| S-Suspect   Z-Other | 1 Stolen   Jurisdiction | 7 Safekeeping | 9 Other |
| | 2 Recovered | | |

| Property Type | | | | |
|---|---|---|---|---|
| A Auto Accessory / Part | F Food / Liquor / Consumable | K Clothing / Fur | P Art / Collection | U Currency / Negotiable   Z Miscellaneous |
| B Bicycle | G Gun | L Livestock | Q Computer Equipment | V Credit Card / Non-Negotiable |
| C Camera / Photo Equipment | H Household Appliance / Goods | M Musical Instrument | R Radio / Stereo | W Boat Motor |
| D Drug | I Plant / Citrus | N Construction Machinery | S Sports Equipment | X Structure |
| E Equipment / Tool | J Jewelry / Precious Metal | O Office Equipment | T TV / Video / VCR | Y Farm Equipment |

**PROPERTY**

| Person Code # | Item # | Status | Damage | Property Type | Quantity | Name | Brand | Model Name / Number |
|---|---|---|---|---|---|---|---|---|

| Serial Number | Owner Applied Number | Description (Size, Color, Caliber, Barrel Length, Etc ) |
|---|---|---|

| Value | Value Recovered | Date Recovered | FCIC / NCIC |
|---|---|---|---|
| $ | $ | | |

**PROPERTY**

| Person Code # | Item # | Status | Damage | Property Type | Quantity | Name | Brand | Model Name / Number |
|---|---|---|---|---|---|---|---|---|

| Serial Number | Owner Applied Number | Description (Size, Color, Caliber, Barrel Length, Etc ) |
|---|---|---|

| Value | Value Recovered | Date Recovered | FCIC / NCIC |
|---|---|---|---|
| $ | $ | | |

**PROPERTY**

| Person Code # | Item # | Status | Damage | Property Type | Quantity | Name | Brand | Model Name / Number |
|---|---|---|---|---|---|---|---|---|

| Serial Number | Owner Applied Number | Description (Size, Color, Caliber, Barrel Length, Etc ) |
|---|---|---|

| Value | Value Recovered | Date Recovered | FCIC / NCIC |
|---|---|---|---|
| $ | $ | | |

**CODES**

| Activity | | Type | | | Unit | |
|---|---|---|---|---|---|---|
| P Possess | D Deliver | A Amphetmine | M Marijuana | U Unknown | 1 Gram | 6 Ton |
| S Sell | E Use   Z Other | B Barbiturate | O Opium / Derivative | Z Other | 2 Milligram | 7 Liter |
| B Buy | K Dispense / Distribute | C Cocaine | P Paraphernalia / | | 3 Kilogram | 8 Milliliter |
| T Traffic | M Manufacture / Produce / | E Heroin | Equipment | | 4 Ounce | 9 Dose Unit/Item |
| R Smuggle | Cultivate | H Hallucinogen | S Synthetic | | 5 Pound | |

**DRUGS**

| Activity | Type | Description | Quantity | Unit | Estimated Street Value |
|---|---|---|---|---|---|
| | | | | | $ ___ 00 |
| | | | | | $ ___ 00 |
| | | | | | $ ___ 00 |

**PROPERTY DETAILED**

**ADMINISTRATIVE**

| Officer(s) Reporting | ID Number(s) | Troop | Date |
|---|---|---|---|

| Officer Reviewing (if Applicable) | ID Number | Routed To | Referred To | Assigned To | By | Date |
|---|---|---|---|---|---|---|
| Greene | 850-0339 | | | | | |

HSM1 60007

| Page | Page |
|---|---|
| 14 of 15 | |

DEFENDANT NAME: French, Michael Jay Case 1:23-cv-01443-JPB Document 2-3 Filed 04/03/23 Page 64 of 71 DATE OF ARREST 2/28/2023

CLERK CASE: 23CF014693, 23CF014693, 23CF014693

## IMPORTANT - FILL IN COMPLETELY (IF APPLICABLE)

**DATE AND TIME FOR FELONY FILING CONFERENCE**

M    T    W    TH    F
(Circle One)

☐ A M    ☐ P M
(Circle One)

**REASON / SHIFT ASSIGNMENT** _____

**LOCATION** _____ **A.S.A.** _____ **APPROVED** _____

**Schedule of Witnesses and Evidence** (or copy appropriate pages of Offense Report)

**FILL OUT IN AS MUCH DETAIL AS POSSIBLE**

Evidence / Chain of Custody

Arresting Officer (Lead)

Arresting Officer(s)

### WITNESSES (or copy appropriate pages of Offense Report)

**VICTIM**

☒ Marsy's Law

| | | | | | | | | ADDRESS SOURCE |
|---|---|---|---|---|---|---|---|---|
| Home Address (Street, Apt Number) | | | (City) | (State) | (Zip) | (Phone) | | ☐ Verbal ☐ Driver's License |
| Business (Name & Address) | | | (City) | (State) | (Zip) | (Phone) | | ☐ Voter's ID ☐ Other _____ |

Synopsis of Testimony

☐ Marsy's Law

| Name (Last) | (First) | | (Middle) | | | Race | Sex | Date of Birth |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ADDRESS SOURCE |
| Home Address (Street, Apt Number) | | | (City) | (State) | (Zip) | (Phone) | | ☐ Verbal ☐ Driver's License |
| Business (Name & Address) | | | (City) | (State) | (Zip) | (Phone) | | ☐ Voter's ID ☐ Other _____ |

Synopsis of Testimony

☐ Marsy's Law

| Name (Last) | (First) | | (Middle) | | | Race | Sex | Date of Birth |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ADDRESS SOURCE |
| Home Address (Street, Apt Number) | | | (City) | (State) | (Zip) | (Phone) | | ☐ Verbal ☐ Driver's License |
| Business (Name & Address) | | | (City) | (State) | (Zip) | (Phone) | | ☐ Voter's ID ☐ Other _____ |

Synopsis of Testimony

☐ Marsy's Law

| Name (Last) | (First) | | (Middle) | | | Race | Sex | Date of Birth |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ADDRESS SOURCE |
| Home Address (Street, Apt Number) | | | (City) | (State) | (Zip) | (Phone) | | ☐ Verbal ☐ Driver's License |
| Business (Name & Address) | | | (City) | (State) | (Zip) | (Phone) | | ☐ Voter's ID ☐ Other _____ |

Synopsis of Testimony

PAGE    PAGE
**11** OF **15**

STATE OF FLORIDA
Plaintiff/Petitioner

VS

FRENCH, MICHAEL JAY
Defendant/Respondent

Case    23CF014693, 23CF014693, 23CF014693

## NOTICE OF CONFIDENTIAL CRIME VICTIM INFORMATION WITHIN COURT FILING

Pursuant to Florida Rule of General Practice and Judicial Administration 2.423, I hereby certify:

__x__ 1. I am filing a document containing confidential crime victim information as described in Rule 2.423(b)(1) and that:

a. The title/type of the document    PROBABLE CAUSE AFFIDAVIT - MARSY'S LAW VICTIM OPT IN    ;
**AND:**

b. _____ the entire document is confidential, **OR** __x__ the confidential information within the document is precisely located    VICTIM INFORMATION SHEET/SECTION OF BOOKING REPORT

**OR**

_____ 2. A document was previously filed in this case that contains confidential crime victim information as described in Rule 2.423(b)(1), but a Notice of Confidential Crime Victim Information within Court Filing was not filed with the document and the confidential information was not maintained as confidential by the Clerk of the Court. I hereby notify the Clerk that this information is located as follows:

a. Title/type of document: _____

b. Date of filing (if known): _____

c. Date of document: _____

d. Docket entry number: _____

e. _____ Entire document is confidential, **OR**
   _____ the Precise location of confidential crime victim information in document is:

_____

Filer's Signature:    /s/ Officer Bryan Koski, 850-0631 at 03 / 01 / 2023 05: 10 PM

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished to _____ (e-mail) ___x___
(delivery)_____ (mail) _____ (fax) to: Lee County Clerk of Courts _____
on 3/1/2023_____ (date)

<u>Note 1:</u> If the name or address of a Party or Affected Nonparty is confidential DO NOT include such information in the Certificate of Service. Instead, serve the State Attorney or request Court Service as described under rule 2.420(k).

Name:   Bryan Koski, 850-0631
Address: _____
Phone: _____
Florida Bar#, if applicable: _____
Email address: bkoski@fmpolice.com

<u>Note 2:</u> The Clerk of Court shall review filings indentified as containing confidential crime victim information to determine whether the information is facially subject to confidentiality under rule 2.423(d)(6). As provided under rule 2.423(d)(6)(B), the clerk shall notify the filer in writing within 5 days if the clerk determines that the information is NOT subject to confidentiality, and the records shall not be held as confidential for more than 10 days, unless a motion is filed pursuant to rule 2.420(d)(3).

Fla.R.Jud.Admin  2.423                                    Rev. per FCCC BP 11/18/2021

IN AND FOR LEE COUNTY, FLORIDA

**CASE NUMBER(S):**   23-014693CF

**STATE OF FLORIDA vs.**

<u>French, Michael Jay</u>
Defendant / Minor Child

### APPLICATION FOR CRIMINAL INDIGENT STATUS

[x] I AM SEEKING THE APPOINTMENT OF THE PUBLIC DEFENDER

OR

[ ] I HAVE A PRIVATE ATTORNEY OR AM SELF-REPRESENTED AND SEEK DETERMINATION OF INDIGENCE STATUS FOR COSTS

**Notice to Applicant:** The provision of a public defender / court appointed lawyer and costs / due process services are not free. A judgement and lien may be imposed against all real or personal property you own to pay for legal and other services provided on your behalf or on behalf of the person for whom you are making this application. There is a $50.00 fee for each application filed. If the application fee is not paid to the Clerk of the Court within 7 days, it will be added to any costs that may be assessed against you at the conclusion of the case. If you are a parent / guardian making this affidavit on behalf of a minor or tax-dependent adult, the information contained in this application must include your income and assets.

1.   I have <u>1</u> dependants. *(Do not include children not living at home and do not include a working spouse or yourself)*
2.   **I have a take home income of $0.00**   paid
     *(Take home income equals salary, wages, bonuses, commissions, allowances, overtime, tips and similiar payments, **minus** deductions required by law and other court ordered support payments)*
3.   **I have other income paid**   : *(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | | | | | |
|---|---|---|---|---|---|---|
| Social Security benefits | Yes | $0.00 | No X | Veterans' benefit | Yes $0.00 | No X |
| Unemployment compensation | Yes | $0.00 | No X | Child support or other regular support from family members / spouse | Yes $0.00 | No X |
| Union Funds | Yes | $0.00 | No X | | | |
| Workers compensation | Yes | $0.00 | No X | Rental income | Yes $0.00 | No X |
| Trusts or gifts | Yes | $0.00 | No X | Dividends or interest | Yes $0.00 | No X |
| Retirement / pensions | Yes | $0.00 | No X | Other kinds of income not on the list | Yes $0.00 | No X |

4.   **I have other assets**: *(Circle "yes" and fill in the of the property, otherwise circle "No")*

| | | | | | | |
|---|---|---|---|---|---|---|
| Cash | Yes X | $1,000.00 | No | Savings | Yes $0.00 | No X |
| Bank account(s) | Yes X | $1,000.00 | No | Stocks / bonds | Yes $0.00 | No X |
| Certificate of deposit or money market account(s) | Yes | $0.00 | No X | *Equity in homestead real estate | Yes $0.00 | |
| *Equity in Motor vehicle(s) | Yes | $0.00 | No X | *Equity in non-homestead real estate *include expectency of an interest in such property | Yes $0.00 | No X |
| *Equity in boats / other tangible property | Yes | $0.00 | No X | | | |

5.   **I have a total amount of liabilities and debts in the amount of**   $0.00
6.   **I receive:** *(Circle "Yes" or "No")*

| | | | |
|---|---|---|---|
| Temporary Assistance for Need;y Families-Cash Assistance | Yes | $0.00 | No X |
| Poverty- related veterans' benefits | Yes | $0.00 | No X |
| Supplemental Security income (SSI) | Yes | $0.00 | No X |

7.   **I have been released on bail in the amount of $0.00**     [ ] Cash   [ ] Surety   Posted by:   [ ] Self   [ ] Family   [ ] Other

A person who knowingly provides false information to the clerk of the court in seeking a determination of indigent status under s. 27.52, F.S. commits a misdemeanor of the first degree, punishable as provided in s. 775.082, F.S. **I attest that the information provided on this Application is true and accurate.**

<u>03/02/2023</u>
Signed on

_____
Signature of Applicant for Indigent Status

<u>████1983</u>
Year of Birth

Print full name: <u>Michael Jay French</u>
Address: ████████ PENDLETON, SC ████████

<u>3285</u>
Last four digits of Driver's License or ID Number

Phone:                          Cell Phone:
Email Address: ████@gmail.com

**CLERK'S DETERMINATION**

Based on the information in the Application, I have determined the applicant to be   [X] Indigent   [ ] Not Indigent

[X] The Public Defender is hereby appointed to the case listed above until relieved by the Court.

Dated this: March 02, 2023

This form was completed with the assistance of :

_____
Clerk of the Circuit Court

*/ Taylor Halperin /*
_____
Taylor Halperin
Clerk/Deputy Clerk/Other authorized person

**EXHIBIT I**

**APPLICANTS FOUND NOT INDIGENT MAY SEEK REVIEW BY ASKING FOR A HEARING TIME. Sign here if you want the Judge to review the clerk's decision of not indigent.** _____

Florida Supreme Court Form 3 984, Updated 5/1/19

> The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
> The reader should not assume that the information is accurate and complete.

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549
### FORM D

### Notice of Exempt Offering of Securities

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden hours per response: | 4.00 |

---

### 1. Issuer's Identity

CIK (Filer ID Number)

Previous Names   [X] None

Entity Type
- [ ] Corporation
- [ ] Limited Partnership
- [X] Limited Liability Company
- [ ] General Partnership
- [ ] Business Trust
- [ ] Other (Specify)

0001811940

Name of Issuer
MJF Holdings LLC

Jurisdiction of Incorporation/Organization
NEVADA

Year of Incorporation/Organization
- [ ] Over Five Years Ago
- [X] Within Last Five Years (Specify Year) 2020
- [ ] Yet to Be Formed

---

### 2. Principal Place of Business and Contact Information

Name of Issuer
MJF Holdings LLC

| Street Address 1 | Street Address 2 |
|---|---|
| 109 LAURENS ROAD | |

| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
|---|---|---|---|
| GREENVILLE | SOUTH CAROLINA | 29607 | 864-918-0001 |

---

### 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| French | Michael | |

| Street Address 1 | Street Address 2 |
|---|---|
| ███████ | |

| City | State/Province/Country | ZIP/PostalCode |
|---|---|---|
| Greenville | SOUTH CAROLINA | ████ |

Relationship: [X] Executive Officer   [ ] Director   [ ] Promoter

Clarification of Response (if Necessary):

**EXHIBIT J**

---

### 4. Industry Group

☐ Agriculture

Banking & Financial Services

☐ Commercial Banking

☐ Insurance

☒ Investing

☐ Investment Banking

☐ Pooled Investment Fund

Is the issuer registered as an investment company under the Investment Company Act of 1940?

☐ Yes          ☐ No

☐ Other Banking & Financial Services

☐ Business Services

Energy

☐ Coal Mining

☐ Electric Utilities

☐ Energy Conservation

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

Health Care

☐ Biotechnology

☐ Health Insurance

☐ Hospitals & Physicians

☐ Pharmaceuticals

☐ Other Health Care

☐ Manufacturing

Real Estate

☐ Commercial

☐ Construction

☐ REITS & Finance

☐ Residential

☐ Other Real Estate

☐ Retailing

☐ Restaurants

Technology

☐ Computers

☐ Telecommunications

☐ Other Technology

Travel

☐ Airlines & Airports

☐ Lodging & Conventions

☐ Tourism & Travel Services

☐ Other Travel

☐ Other

---

**5. Issuer Size**

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| ☐ No Revenues | | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | | ☐ $5,000,001 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | | ☐ Over $100,000,000 |
| ☒ Decline to Disclose | | ☐ Decline to Disclose |
| ☐ Not Applicable | | ☐ Not Applicable |

---

**6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)**

☐ Rule 504(b)(1) (not (i), (ii) or (iii))

☐ Rule 504 (b)(1)(i)

☐ Rule 504 (b)(1)(ii)

☐ Rule 504 (b)(1)(iii)

☒ Rule 506(b)

☐ Investment Company Act Section 3(c)

☐ Section 3(c)(1)          ☐ Section 3(c)(9)

☐ Section 3(c)(2)          ☐ Section 3(c)(10)

☐ Section 3(c)(3)          ☐ Section 3(c)(11)

☐ Rule 506(c)
☐ Securities Act Section 4(a)(5)

☐ Section 3(c)(4)
☐ Section 3(c)(5)
☐ Section 3(c)(6)
☐ Section 3(c)(7)

☐ Section 3(c)(12)
☐ Section 3(c)(13)
☐ Section 3(c)(14)

---

**7. Type of Filing**

☒ New Notice   Date of First Sale ☒ First Sale Yet to Occur
☐ Amendment

---

**8. Duration of Offering**

Does the Issuer intend this offering to last more than one year? ☒ Yes ☐ No

---

**9. Type(s) of Securities Offered (select all that apply)**

☐ Equity
☒ Debt
☐ Option, Warrant or Other Right to Acquire Another Security
☐ Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security

☐ Pooled Investment Fund Interests
☐ Tenant-in-Common Securities
☐ Mineral Property Securities
☐ Other (describe)

---

**10. Business Combination Transaction**

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer? ☐ Yes ☒ No

Clarification of Response (if Necessary):

---

**11. Minimum Investment**

Minimum investment accepted from any outside investor $10,000 USD

---

**12. Sales Compensation**

| | |
|---|---|
| Recipient | Recipient CRD Number ☒ None |
| (Associated) Broker or Dealer ☒ None | (Associated) Broker or Dealer CRD Number    ☒ None |
| Street Address 1 | Street Address 2 |
| City | State/Province/Country    ZIP/Postal Code |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States

☐ All States    ☐ Foreign/non-US

---

**13. Offering and Sales Amounts**

Total Offering Amount    $2,500,000 USD  or ☐ Indefinite
Total Amount Sold              $0 USD
Total Remaining to be Sold $2,500,000 USD  or ☐ Indefinite

Clarification of Response (if Necessary):

## 14. Investors

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:

[0]

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $0 USD ☐ Estimate

Finders' Fees $0 USD ☐ Estimate

Clarification of Response (if Necessary):

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD ☐ Estimate

Clarification of Response (if Necessary):

## Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|--------|-----------|----------------|-------|------|
| MJF Holdings LLC | /s/ Michael French | Michael French | Manager | 2020-05-14 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

\* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.