# EXHIBIT 3

# DECLARATION OF MIMI WICKISER

## DECLARATION OF MARY WICKISER

I, Mary Wickiser, being legally fit and qualified to testify in a court of law, and having personal knowledge of the facts contained herein, do hereby declare under the penalty of perjury (28 U.S.C. § 1746) declare as follows:

1. I am over the age of 18 and a resident of Pendleton, South Carolina.

2. I was employed by MJF Capital, LLC ("MJF Capital") between February 2022 and January 2023.

3. During my time working for MJF Capital, I served as a personal trainer and personal assistant to Michael French and as Operations Manager for MJF Capital.

4. In the course of my employment, I learned of efforts by Michael French to liquidate certain assets owned by MJF Capital. To the best of my knowledge, these efforts began in the fall of 2022. I am aware of no such efforts to liquidate assets owned by MJF Capital on a large scale basis prior to that time.

5. In the fall of 2022, Michael French listed certain assets to be sold on a white board in the MJF Capital office. Included in the list were a 1965 Lincoln Continental, a 1967 Chevrolet Chevelle, a 2018 Toyota 4-Runner, a 2021 Ford F-450, a 2021 GMC Sierra, a 2021 Mercedes GLE AMG, and a 2022 Toyota Camry.

6. In October 2022, I was present when Michael French instructed my colleague, Courtney Baltizar, to get quotes to sell the 2021 GMC Sierra and the 2022 Toyota Camry from a website called getmethevin.com. After the sale of the vehicles, I heard Michael French tell a representative from getmethevin.com that the checks for the purchase of the two vehicles needed to be in the name of MJF Capital.

7. In October 2022, Michael French instructed me to sell iPhones purchased by MJF Capital on a website called BuybackBoss.com. Those phones were sold as instructed.

8. In November 2022, Michael French instructed me to sell five laptops on a website called sellmymac.com. Those laptops were sold as instructed.

9. In December 2022, Michael French told me that an individual named Shea Carlton had purchased the 2021 Ford F-450 and the 2021 Mercedes GLE AMG and that Mr. Carlton's father had wired Mr. French $100,000 to complete the sale.

10. In the fall of 2022, Michael French instructed me to contact a company called Creative Rods to inquire whether the company would be interested in purchasing the 1967 Chevrolet Chevelle and the 1965 Lincoln Continetal. Creative Rods ultimately declined to purchase the two vehicles. Later, Michael French told me that Shea Carlton had purchased the vehicles instead; however, I was not provided with the terms of that sale.

11. In the fall of 2022, Michael French instructed me to facilitate the sale of the 2018 Toyota 4-Runner to one of my MJF Capital colleagues by having the colleague obtain three quotes for the sale of the vehicle.

12. In the fall of 2022, Michael French discussed posting a 1970's era Ford F-100 owned by MJF Capital for sale on Facebook Marketplace for $2,000.

13. In January 2023, MJF Capital failed to pay my salary. Michael French sent me an email requesting paperwork for a boat that was purchased by an entity controlled by Mr. French called Dugout Enterprises, LLC in exchange for resolving my pay issues. I was never paid. I understand that the paperwork was needed to facilitate the sale of the boat.

I, Mary Wickiser, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on 3/27/2023

_____
Mary Wickiser