# EXHIBIT 4
# DECLARATION AND EXHIBIT OF KEVIN EASTERDAY

## DECLARATION OF KEVIN EASTERDAY

I, Kevin Easterday, being legally fit and qualified to testify in a court of law, and having personal knowledge of the facts contained herein, do hereby declare under the penalty of perjury (28 U.S.C. § 1746) declare as follows:

1. I am over the age of 18 and a resident of Jacksonville, Florida.

2. I was employed by MJF Capital, LLC ("MJF Capital"), an entity owned and controlled by Michael French, between November 2021 and September 2022.

3. From late March 2022 to February 25, 2023, my place of residence was 302 Keithwood Drive, Anderson, South Carolina, 29621.

4. The property at 302 Keithwood Drive was owned by 302 Keithwood Drive LLC, an entity controlled by Michael French that he created for the purpose of purchasing the property at 302 Keithwood Drive.

5. My wife and I entered into a lease agreement with Dugout Enterprises LLC, another entity controlled by Michael French, for the property at 302 Keithwood. The term of the lease was April 1, 2022 through March 31, 2023. Rent was $2,000 per month, with $1,000 to be paid out-of-pocket by my wife and me, and the remaining $1,000 to be paid from bi-weekly $250 housing allowance payments made by MJF Capital to each my wife and me.

6. From May 2022 through October 2022, I made monthly rent payments of $2,000 directly to Michael French via Zelle. Due to a dispute with Michael French and MJF Capital, my wife and I did not make rent payments after October 2022.

7. On February 10, 2023, I received a text message from an individual claiming to be "Blake Harris," informing that a potential buyer named "Dan Garard" would be viewing the property on February 11. I exchanged several texts with Mr. Harris concerning his identity and his relationship to Michael French and the 302 Keithwood Drive property. Based on the language and punctuation in the texts I received, I believe they actually were from Michael French.

8. On February 11, 2023, I received an email claiming to be from Mr. Harris. Attached to that email was a PDF of a February 10, 2023 email from Michael French to lawyers that represented my wife and me in our dispute with Mr. French, and a corporate resolution by "The Dugout Companies." The February 11, 2023 email and attachments are attached as Exhibit A.

9. The February 10, 2023 email from Michael French to my lawyers indicated that an individual would be visiting the property on February 11th "to view the property to get it ready to sell." The email indicated that the individual was part of a group that was "travelling up from Florida to get a few properties ready for liquidation."

10. On February 11, 2023, a car and a truck arrived at the 302 Keithwood Drive property, at which time I left the property while the individuals from those vehicles viewed the property.

11. On February 13, 2023, Dan Garard visited the property, along with two other individuals. During this visit, Mr. Garard introduced himself to me as a real estated investor. I also heard Mr. Garard discuss with the other two indivduals that they were going to intsall granite countertops in the kitchen of the 302 Keithwood Drive property and another property owned by an entity controlled by Mr. French. That additional property was located at 208 Sears Street, Anderson, South Carolina, 29621, and owned by 208 Sears Street LLC, which Mr. French created for the purpose of purchasing the property.

12. I am aware of at least one other property controlled by Michael French that is currently under contract. That property, located at 52 Rivermont Road, Cleveland SC is owned by 52 Rivermont Road LLC, which Mr. French created for the purpose of purchasing the property.

I, Kevin Easterday, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 26, 2023.

Kevin Easterday

# EXHIBIT A



Kevin Easterday <​████████@gmail.com>

## Corporate Resolution - Notice to Enter Keithwood Property

**Property Manager** <manager@dugoutcompanies.com>　　　　　　　　　　　Sat, Feb 11, 2023 at 11:13 AM
To: ████████@gmail.com

See attached corporate resolution and original notification as per our text message conversation

Thank you,
Dugout Companies Trustee

---

📄 **Xerox Scan_02112023111412.PDF**
375K



Michael French <french@mjfcapital.com>

---

## Keithwood Visit
1 message

**Michael French** <french@mjfcapital.com>　　　　　　　　　　　　　　Fri, Feb 10, 2023 at 11:58 AM
To: Chloe Buffalino <chloe@campbellteague.com>, Emily O'Brian <emily@campbellteague.com>

Can you please let Kevin and Tina know someone will be visiting the property after 1PM tomorrow and maybe as late as 3PM to view the property to get it ready to sell? The previous person did not show up but we expect this to be the last scheduled visit.

If they can't be home, if they could leave a key somewhere that would be great as this group is traveling up from Florida to get a few properties ready for liquidation

Thank you,
Michael French

--



**Michael French**
MJF Capital, LLC

---

t. 864.918.0001  |  e. french@mjfcapital.com
w. mjfcapital.com  |  s. P.O. Box 840 I Pendleton, SC 29670

MEMBER RESOLUTION
OF
DUGOUT COMPANIES

We, the undersigned Member(s) of Dugout Companies, a limited liability company duly organized and existing under the laws of South Carolina (hereinafter the "Company"), with authority granted in the Operating Agreement to make binding resolutions on behalf of the Company, hereby resolve:

This resolution states that Blake Harris is the Trustee of Dugout Companies and is allowed to make all decisions and actions necessary to operate Dugout Companies. Blake Harris is granted permission to sign, perform, communicate and execute related to all business activities necessary for Dugout Companies with shall include the following entities: Dugout Enterprises, LLC; Ally's Farm, LLC; 211 Crooked Cedar Way, LLC; 313 Sliding Rock Drive, LLC; 52 Rivermont Road, LLC; 302 Keithwood Drive, LLC; 208 Sears Street, LLC; Dugout Enterprises Retirement Trust; any previously held LLC's included in the trust formation documents; and any foreign entities to only be disclosed under the guidance of a properly executed NDA

By affirmative votes noted as signatures below, a majority vote of the Members of Dugout Companies with authority to bind the Company approves the form and content of this resolution, to be effective immediately.

MEMBERS

_____          12/31/22
Michael French                            Date
Member


_____          12/31/22
Michael French, on behalf of the board of directors   Date
Member


Circle this L.S. as there is no company seal.