# EXHIBIT 5
# DECLARATION OF AMY STONE

## DECLARATION OF AMY STONE

I, Amy Stone, being legally fit and qualified to testify in a court of law, and having personal knowledge of the facts contained herein, do hereby declare under the penalty of perjury (28 U.S.C. § 1746) declare as follows:

1. I am over the age of 18 and a resident of Greenville, South Carolina.

2. I was employed by MJF Capital, LLC ("MJF Capital") between September 2021 and October 2022.

3. I am a licensed real estate agent in South Carolina.

4. In late December 2022, Michael French contacted me and informed me of his interest in selling five pieces of real estate:

    a. 208 Sears Street, Anderson, South Carolina, 29621;

    b. 211 Crooked Cedar Way, Pendleton, South Carolina, 29670;

    c. 302 Keithwood Drive, Anderson, South Carolina, 29621;

    d. 351 Welborn Drive, Pendleton, South Carolina, 29670; and

    e. 52 Rivermont Road, Cleveland, South Carolina, 29635.

5. I responded to his text informing him that I had not received my pay for two pay periods. Mr. French did not respond to this text.

6. On February 8, 2023, Mr. French texted me again and asked for my assistance listing the 208 Sears Street property, the 351 Welborn Drive property, and the 52 Rivermont Road property. Mr. French also indicated that we could discuss the sale of the 302 Keithwood Drive property.

7. I asked Mr. French what was going on, and he indicated that he did not want to be a landlord for single-family homes and intended to liquidate all of the properties and move to Florida.

8. I declined to serve as the real estate agent for any of the proposed sales.

9. The 52 Rivermont property is currently under contract for sale, and I believe that it is likely a cash sale.

10. I believe that the sales of the other four properties are unlikely to occur on the open market because they would require a significant amount of work and that the sales are likely to involve real estate investors outside of the MLS system.

I, Amy Stone, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 30th, 2023.

*Amy Stone*

Amy Stone